# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| ADRIENNE RICHARDS et al., | ) | |
| | ) | |
| Plaintiffs/Counter Defendants, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 20-cv-347 |
| | ) | |
| TITLEMAX OF VIRGINIA, et al., | ) | |
| | ) | |
| Defendants/Counter Claimants. | ) | |

**DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS'
MOTION TO SHOW CAUSE**

Defendants TitleMax of Virginia, Inc., TitleMax of South Carolina, Inc., and TMX Finance of Virginia, Inc. ("TitleMax") offer this Response in Opposition to Plaintiffs' Motion to Show Cause or for Contempt for Failure to Participate in AAA Arbitrations (ECF 33) and in support thereof state as follows:

**Introduction**

As discussed in TitleMax's Motion for Leave to file a Response out-of-time (ECF 42), TitleMax and undersigned counsel did not become aware of the issue with AAA, or that Plaintiff Brittney Cooke had even attempted to initiate an arbitration, until January 5, 2023, when Plaintiff's counsel submitted a proposed order to the Court on its Motion for Show Cause. The same day TitleMax learned of these issues it promptly provided Plaintiff's counsel with the requested payment history for Brittney Cooke and began actively working with AAA and Plaintiff's counsel to determine what happened and to get the arbitration opened and processed.

As revealed by the supporting declaration from TitleMax, attached hereto as **Exhibit 1**, the administrative issues with Plaintiff Brittney Cooke's arbitration arose not from TitleMax's failure

1

to pay fees, but from the requirement of AAA that any arbitration for TitleMax be preceded by a court order compelling the matter to arbitration. Here, Plaintiff purportedly provided the necessary Court order at the time it initiated this arbitration, but confusion still arose from AAA regarding whether the appropriate court order had been issued here, resulting in the incorrect closure of Plaintiff Brittney Cooke's arbitration. It was not until TitleMax became aware of the issue on January 5, 2023, and diligently started asking questions about what it needed to do to correct any issues, that AAA for the first time shared with the parties that no court order compelling arbitration had been provided to AAA (this reasoning was not something AAA originally shared in its letter administratively closing the matter). (*See* TitleMax Declaration at ¶¶ 8-14, attached hereto as Exhibit 1.)

As this Court is aware, TitleMax is currently engaged in hundreds of arbitrations filed by Plaintiff's counsel with both AAA and JAMS, and the defense and administration of such a volume of claims is a huge undertaking necessarily involving multiple law firms. There was no bad faith on the part of TitleMax or undersigned counsel with the arbitration of Plaintiff Brittney Cooke's claims, and TitleMax has expeditiously taken steps to correct, if not moot, the issue. Because this is not the extremely rare situation where the "most severe sanction" of case dismissal is appropriate or necessary, TitleMax asks that the Court DENY Plaintiff's Motion to Show Cause.

**Argument**

**I.  Legal Standard**

While this Court has inherent power to punish for contempt and to dismiss actions, the Fourth Circuit has made clear that this inherent power "**must be exercised 'with the greatest restraint and caution**, **and then only to the extent necessary,**' particularly in the case of dismissal, the most severe sanction available." *Interstate Narrow Fabrics, Inc. v. Century USA,*

2

*Inc.*, No. 1:02CV00146, 2006 WL 435726, at *5 (M.D.N.C. Feb. 22, 2006) (emphasis added) (quoting *United States v. Shaffer Equip. Co.*, 11 F.3d 450, 462 (4th Cir. 1993).

The Court's discretion to enter the sanction of dismissal must be balanced against a party's right to a "fair day in court." *Id.* Thus, the Court must consider and balance the following factors before a dismissal can be ordered: "(1) the degree of the wrongdoer's culpability; (2) the extent of the client's blameworthiness if wrongful conduct is committed by its attorney, recognizing that we seldom dismiss claims against blameless clients; (3) the prejudice to the judicial process and the administration of justice; (4) prejudice to the victim; (5) the availability of other sanctions to rectify the wrong by punishing culpable persons, compensating harmed persons, and deterring similar conduct in the future; and (6) the public interest." *Id.* (citing *Shaffer*, 11 F. 3d at 462-63).

## II.     TitleMax Has Not Acted in Bad Faith

In this case there are simply no facts to warrant any type of sanction against TitleMax, let alone to support imposing the "most severe" sanction of dismissal and striking Defendants' Answers. Plaintiff's own Motion appears to acknowledge that striking an answer is an extreme request, and instead first asks that the Court "give TitleMax a window to correct" the issue.[1]

The first two factors this Court must consider before it can impose a sanction of dismissal are "the degree of the wrongdoer's culpability" and "the extent of the client's blameworthiness." *See Shaffer*, 11 F.3d at 462. In this case, any issues with Plaintiff Cooke's arbitration are purely administrative and did not arise as the result of any bad faith actions or culpability on TitleMax's part. (*See* TitleMax Declaration at ¶¶ 8-13.) In fact, communications with AAA reveal that the

---

[1] Plaintiff's recitation of the case history is slanted and misleading to say the least. In this action, TitleMax voluntarily joined in a motion to stay this case pending arbitrations and did not oppose Plaintiffs' Motion to Compel Arbitration. (*See* ECF 13 and 25.) Thus, Plaintiffs' statements in its Motion to Show Cause that an order compelling arbitration was entered "over Defendants' objection" and that TitleMax has "refused to arbitrate" matters in this case (*See* Plaintiff's Motion at 1-2, ECF 34) are simply incorrect and as reflected by the docket itself and joint status reports submitted in this case.

closure of this arbitration arose not from TitleMax failing to pay any administrative fees, but because of confusion by AAA surrounding the Court Order Plaintiff may or may not have provided at the time the matter was filed with AAA. (*Id*.) Further, as soon as TitleMax became aware of the issue, it took steps to diligently provide AAA with what it needed so that Plaintiff could commence the refiling of her arbitration. (*Id*.) Any minimal delay in clarifying and correcting this issue with AAA and Plaintiff's counsel arose from the transition from prior legal counsel to new legal counsel and gaps in communication which may have occurred during that transition. (*Id*.) The Fourth Circuit has made clear that it is seldom appropriate to strike an Answer or dismiss claims against a "blameless client." *Shaffer,* 11 F.3d at 462-63.

The Court must also consider the "prejudice to the judicial process and the administration of justice" and the "prejudice to the victim." *Id.* This action has been stayed pending arbitrations with no scheduling order entered and no trial date set. Thus, there has been no prejudice to the judicial process and the administration of justice. In contrast to Plaintiff's arguments, there is simply no evidence that TitleMax intentionally refused to engage in arbitration with Plaintiff Brittney Cooke. Instead, an unintentional administrative issue with AAA occurred for this one Plaintiff – amongst the hundreds of other arbitrations Plaintiff's counsel is prosecuting against TitleMax and TitleMax is defending, many of which are in the AAA forum. (*See* TitleMax Declaration at ¶¶ 3-8.) TitleMax has now provided Plaintiff's counsel with the payment information requested and TitleMax has taken steps to correct any administrative issues with AAA. (*Id.*) Thus, Plaintiff Brittney Cooke has suffered no identifiable prejudice and will still be afforded opportunity to arbitrate her claims in accordance with the terms of her loan agreement.

Finally, the Court must consider "the availability of other sanctions to rectify the wrong" and "the public interest." *Shaffer,* 11 F.3d at 462-63. There are clearly other appropriate remedies

here, as Plaintiff herself requested – working with Plaintiff's counsel and AAA to correct the issue and turning over the requested payment files. TitleMax has provided the requested policy file information to Plaintiff and is now actively working to coordinate with AAA and Plaintiff's counsel to get Plaintiff Cooke's arbitration refiled. (*See* TitleMax Declaration at ¶¶ 8-14.) Thus, this Motion, and the relief requested therein, is now moot and there has been no resulting prejudice to Plaintiff.

## **CONCLUSION**

For the foregoing reasons, TitleMax respectfully requests that the Court DENY Plaintiff's Motion to Show Cause (ECF 33) or, at a minimum, find that the Motion is now moot as TitleMax has done exactly as Plaintiff requested by turning over the payment history for this Plaintiff and presenting evidence that TitleMax is not and has not acted in bad faith. TitleMax stands ready and willing to participate in the arbitration of Plaintiff Brittney Cooke's claims.

This the 12th day of January, 2023.

By: */s/Thomas R. Woodrow*

Thomas R. Woodrow
HOLLAND & KNIGHT, LLP
101 S. Tryon Street, Suite 3600
Charlotte, NC 28280
T: 980.215.7828
F: 980.215.7771
Tom.woodrow@hklaw.com
NC Bar. No. 58622

*Local Civil Rule 83.1(d) Counsel for TitleMax of Virginia, Inc., TitleMax of South Carolina, Inc., and TMX Finance of Virginia, Inc.*

By: */s/ Anthony J. Durone*
Anthony J. Durone (by special appearance)
Missouri Bar No. 43872
BERKOWITZOLIVER

5

2600 Grand Blvd
Suite 1200
Kansas City, MO 64108
T: 816.561.7007
F: 816.561.1888
Adurone@Berkowitzoliver.com

*Attorneys for Defendant TitleMax of Virginia, Inc., TitleMax of South Carolina, Inc., and TMX Finance of Virginia, Inc.*

## CERTIFICATE OF SERVICE

I, Thomas R. Woodrow, certify that on January 12, 2023, a true and correct copy of the foregoing Memorandum was served upon counsel of record via the Court's CM/ECF system.

*/s/ Thomas R. Woodrow*
Thomas R. Woodrow

# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| ADRIENNE RICHARDS et al., | ) | |
| | ) | |
| Plaintiffs/Counter Defendants, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 20-cv-347 |
| | ) | |
| TITLEMAX OF VIRGINIA, et al., | ) | |
| | ) | |
| Defendants/Counter Claimants. | ) | |

**DECLARATION OF ADRIENNE ROWBERRY**

I, Adrienne Rowberry, declare as follows:

1. I am in-house corporate and litigation counsel for the legal department of TMX Finance Corporate Services, Inc. and I am over the age of 18. The legal department of TMX Finance Corporate Services, Inc. provides in-house legal services to the Defendant entities in this action - TitleMax of Virginia, Inc., TitleMax of South Carolina, Inc., and TMX Finance of Virginia, Inc. (collectively "Defendants").

2. I make this declaration based on my personal knowledge and if called to testify to the contents hereof, I could and would competently do so. I respectfully submit this declaration in support of Defendants' Opposition to Plaintiff's Motion to Show Cause.

3. Defendants currently have a voluminous number of active cases before the American Arbitration Association ("AAA") and JAMS which were initiated by Greensboro Law Center.

4. Exhibit A, attached to Plaintiff's Motion for Show Cause, indicates that a letter was sent from AAA to our outside legal counsel at the time, Troutman Pepper Hamilton Sanders LLP, on

1

November 18, 2022, informing TitleMax of Virginia, Inc. ("TitleMax") of the administrative closure of Case Number 01-22-0004-55-28, related to the claims of Plaintiff Brittney Cooke.

5.  As reflected in the letter heading, neither I nor any other in-house counsel were copied on the November 18, 2022 communication from AAA. To the best of my knowledge, I was not provided a copy of this communication nor were any other members of the legal department provided a copy of this communication by outside counsel..

6.  Similarly, to the best of my knowledge, TitleMax was unaware that Plaintiff Cooke had attempted to commence an arbitration and that there were issues with the administration of such arbitration until January 5, 2023.

7.  As reflected in my communication with AAA on December 6, 2022, attached as Exhibit B to Plaintiff's Motion, I have made express efforts to request that I, as in-house counsel for Defendants, be copied on all communications from AAA to avoid these types of issues.

8.  Any failures on TitleMax's part related to its participation in or administration of the Cooke arbitration were an oversight and entirely unintentional.

9.  Once I was made aware of the administrative closure, I tried to worked diligently with AAA and Plaintiff's counsel to identify and correct the issue that led to the administrative closure so that AAA could re-open Plaintiff Cooke's arbitration claim in accordance with the terms of her loan agreement(s).

10. Specifically, on January 5, 2023, as soon as I learned about the administrative closure of Plaintiff Cooke's case, I personally reached out to AAA and Plaintiff's counsel in an effort to rectify any issues. This correspondence is attached hereto as Exhibit C.

11. Since reaching out, AAA has informed the parties that the administrative closure was due to a purported failure to provide a copy of the court order compelling the matter to arbitration.

2

While Plaintiff's counsel states that such order was in fact provided with the initiation of the arbitration – indicating the closure was the result of confusion or an error on the part of AAA – regardless, I have again provided AAA with a copy of such court order.  (*See* Exhibit C.)

12. Thus, Plaintiff should now be able to continue to pursue her claims through the refiling or re-opening of her arbitration claim.

13. TitleMax, through both its in-house counsel and new outside counsel, stands ready and willing to coordinate with Plaintiff's counsel in the refiling or re-opening of the Cooke arbitration and will promptly participate and transmit any fees required by AAA.

14. TitleMax has additionally provided Plaintiff's counsel with the requested loan file and payment history for Plaintiff Brittney Cooke.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct.

Executed this 11th day of January, 2023, in Vail, Colorado.

*/s Adrienne Rowberry*
Adrienne Rowberry

# EXHIBIT C

| | |
|---|---|
| **From:** | Adrienne Rowberry <Adrienne.Rowberry@titlemax.com> |
| **Sent:** | Tuesday, January 10, 2023 2:46 PM |
| **To:** | ConsumerReview |
| **Cc:** | Kellie; Marian Martin; Deidre Paez; Consumer Case Filing Team; Drew Brown; Tallent, Lauren; Gilman, Stacey R.; Durone, Anthony J.; William Ruby |
| **Subject:** | RE: Brittney Cooke v. TitleMax of Virginia, Inc. d/b/a TitleMax - Case 01-22-0004-5528 |
| **Attachments:** | Richards Mass Action List of Plaintiffs.pdf; Order Compelling Arbitration - Richards Mass Action.pdf |
| | |
| **Importance:** | High |
| | |
| **Follow Up Flag:** | Copied to Worldox (Client Files\40091\00118\EMAILS\02999316.MSG) |

Order compelling arbitration attached. List of Plaintiffs attached, Brittney Cooke hi-lighted on page  4.

Since these emails are likely going to end up in front on theCcourt I am, again, disputing and objecting to this statement – "Sounds like they contacted TitleMax who did not respond"

No one contacted me or anyone else at TitleMax regarding this matter or administrative closure.

AAA, please re-open the Brittney Cooke matter.

Adrienne Rowberry
Corporate & Litigation Counsel



15 Bull St Ste 200
Savannah, GA 31401
Direct Line (912) 721-0812
adrienne.rowberry@titlemax.com

**PRIVILEGED AND CONFIDENTIAL:** This e-mail and any attachments hereto are intended only for use by the addressee(s) named herein and may contain privileged and/or confidential information.  If you have received this e-mail in error, please notify me immediately by a return e-mail and delete this e-mail.  You are hereby notified that any dissemination, distribution or copying of this e-mail and/or any attachments thereto, is strictly prohibited.

**From:** Drew Brown <drew@greensborolawcenter.com>
**Sent:** Tuesday, January 10, 2023 1:29 PM
**To:** Durone, Anthony J. <ADurone@berkowitzoliver.com>
**Cc:** Adrienne Rowberry <Adrienne.Rowberry@titlemax.com>; ConsumerReview <ConsumerReview@adr.org>; Kellie <kellie@greensborolawcenter.com>; Marian Martin <Marian.Martin@titlemax.com>; Deidre Paez <Deidre.Paez@titlemax.com>; Consumer Case Filing Team <ConsumerFiling@adr.org>; Tallent, Lauren <LTallent@berkowitzoliver.com>; Gilman, Stacey R. <SGilman@berkowitzoliver.com>; William Ruby <William.Ruby@titlemax.com>
**Subject:** Re: Brittney Cooke v. TitleMax of Virginia, Inc. d/b/a TitleMax - Case 01-22-0004-5528

**CAUTION:** This Email is from an EXTERNAL source. Ensure you trust this sender before clicking on any links or attachments.

We absolutely submitted that as we always do. Sounds like they contacted TitleMax who did not respond. We have followed up 6-7 times as the filing shows. No one did anything by all accounts until now.

Bear in mind the Court chose not to put the names on the Order so that has been the source of confusion for AAA in the past. So if you all choose to submit anything else to them you may want to include the PACER print out that shows Ms Cooke as a Plaintiff.

Drew Brown

> On Jan 10, 2023, at 3:20 PM, Durone, Anthony J. <ADurone@berkowitzoliver.com> wrote:

> Mr. Brown, please see below. It seems the AAA closed Ms. Cooke's matter because the arbitration was initiated without a copy of the court order compelling it to arbitration. Do you believe you did include the court order and if so do you have any record of including it? Either way, seems like this can be easily resolved by providing a copy of that order and recommencing the arbitration.

> Thanks, Tony Durone

> *Anthony J. Durone*
> BERKOWITZOLIVER LLP
> **2600 Grand Boulevard, Suite 1200**
> **Kansas City, MO 64108**
> **P: 816-627-0217**
> **F: 816-561-1888**
> **www.berkowitzoliver.com**

---

**From:** Adrienne Rowberry <Adrienne.Rowberry@titlemax.com>
**Sent:** Tuesday, January 10, 2023 1:58 PM
**To:** ConsumerReview <ConsumerReview@adr.org>
**Cc:** drew@greensborolawcenter.com; kellie@greensborolawcenter.com; Marian Martin <Marian.Martin@titlemax.com>; Deidre Paez <Deidre.Paez@titlemax.com>; Consumer Case Filing Team <ConsumerFiling@adr.org>; Tallent, Lauren <LTallent@BerkowitzOliver.com>; Durone, Anthony J. <ADurone@BerkowitzOliver.com>; Gilman, Stacey R. <SGilman@BerkowitzOliver.com>; William Ruby <william.ruby@titlemax.com>
**Subject:** RE: Brittney Cooke v. TitleMax of Virginia, Inc. d/b/a TitleMax - Case 01-22-0004-5528

Thank you for the prompt response. Much appreciated.

So, once again, the administrative closure letter cites our failure to register an arbitration clause but the real issue is that you have not been provided the court order compelling the matter to arbitration. Going forward, can you please update your letter to accurately describe what the problem is?

Last time we went through this exercise in October, AAA indicated that it was the Claimant's responsibility to provide the court order at the time of filing. And your email below seems to indicate that again (see hi-lighted language below).

Mr. Brown, I am happy to provide a copy of the Court order on this one but thought that you had been doing that when you initiated the demand? Why is that every couple of months we end up here? I am not blaming or accusing you but instead trying to understand why this keeps happening.

If I am supposed to provide a copy of the Court order compelling the matter to arbitration every time a new demand is initiated I can certainly do that but someone needs to tell me that.

AAA, we know you don't like us. I can't undo the past. All I can do is try to help things go more smoothly going forward. And as I have communicated previously, we have removed AAA from our arbitration provisions but there are still probably thousands of loan agreements out there referencing AAA and there is nothing I can do about that.

I beg you, again, to work with me to find a way for Greensboro Law Center, AAA and the TitleMax entities to work together in an efficient, professional and honest manner.

Adrienne Rowberry
Corporate & Litigation Counsel
<image001.png>
15 Bull St Ste 200
Savannah, GA 31401
Direct Line (912) 721-0812
adrienne.rowberry@titlemax.com

**PRIVILEGED AND CONFIDENTIAL:** This e-mail and any attachments hereto are intended only for use by the addressee(s) named herein and may contain privileged and/or confidential information. If you have received this e-mail in error, please notify me immediately by a return e-mail and delete this e-mail. You are hereby notified that any dissemination, distribution or copying of this e-mail and/or any attachments thereto, is strictly prohibited.

**From:** ConsumerReview <ConsumerReview@adr.org>
**Sent:** Tuesday, January 10, 2023 12:32 PM
**To:** Adrienne Rowberry <Adrienne.Rowberry@titlemax.com>
**Cc:** drew@greensborolawcenter.com; kellie@greensborolawcenter.com; Marian Martin <Marian.Martin@titlemax.com>; Deidre Paez <Deidre.Paez@titlemax.com>; William Ruby <William.Ruby@titlemax.com>; Consumer Case Filing Team <ConsumerFiling@adr.org>; ConsumerReview <ConsumerReview@adr.org>
**Subject:** RE: Brittney Cooke v. TitleMax of Virginia, Inc. d/b/a TitleMax - Case 01-22-0004-5528

**CAUTION:** This Email is from an EXTERNAL source. Ensure you trust this sender before clicking on any links or attachments.

Ms. Rowberry,

Your email was forwarded to Consumer Review for a response. As previously stated in our October 25, 2022 email, the AAA had multiple prior situations in which TitleMax, Inc. did not pay AAA fees, which resulted in the AAA declining to administer their cases. As a result, the AAA determined that we would permanently decline to administer future TitleMax, Inc. consumer arbitration cases filed with the AAA, unless such case was ordered to the AAA pursuant to a court order. Therefore, our decision to decline to administer any future consumer disputes involving TitleMax, Inc. stands, except for cases that have been compelled to arbitration by a court. We request that you remove reference to the AAA from your consumer arbitration agreement(s) to avoid any confusion by the parties in the future.

In the matter of Brittney Cooke v. TitleMax of Virginia, Inc. d/b/a TitleMax - Case 01-22-0004-5528, ==a court order was not received with the filing==. As such, the case was declined for administration on November 18, 2022. The contact listed on the Demand for Arbitration at the time of filing was notified of the closure. The contacts listed on the December 06, 2022 letter were not notified as the closure occurred prior to that date.

We received your December 06, 2022 letter notifying the AAA of the contacts that should be reached for cases. We updated our records accordingly and all filings from the December 06, 2022 date forward will be notified of initial letters of demand for arbitration and/or administrative closures by the AAA. We note that sending all filing documents to the Respondent is the responsibility of the Claimant, which is set forth R-2 of the Consumer Arbitration Rules.

If this matter was ordered to arbitration per court order, please provide the court order to the AAA in an email with the case name and AAA case number, copying the opposing attorney(s) to ConsumerFiling@adr.org.  In the future, if any matters are filed with the AAA that were ordered to arbitration by a court but do not include a copy of the court order, we ask that you immediately notify ConsumerFiling@adr.org so that we can proceed with administration rather than close the case and reopen it at a later date.

Thank you,
AAA Consumer Review Team

---

**From:** Adrienne Rowberry <Adrienne.Rowberry@titlemax.com>
**Sent:** Thursday, January 5, 2023 2:31 PM
**To:** Consumer Case Filing Team <ConsumerFiling@adr.org>
**Cc:** drew@greensborolawcenter.com; Kellie <kellie@greensborolawcenter.com>; Marian Martin <Marian.Martin@titlemax.com>; Deidre Paez <Deidre.Paez@titlemax.com>; William Ruby <William.Ruby@titlemax.com>
**Subject:** RE: Brittney Cooke v. TitleMax of Virginia, Inc. d/b/a TitleMax - Case 01-22-0004-5528

### *** External E-Mail – Use Caution ***

Received, thank you.

Can you provide me with more information re this statement – "Prior to the filing of this arbitration, TitleMax of Virginia, Inc. d/b/a TitleMax failed to comply with the AAA's policies regarding consumer claims, set forth in the Consumer Due Process Protocol ("Protocol") and the Consumer Arbitration Rules ("Consumer Rules"), including the Costs of Arbitration, which can be found on our web site, www.adr.org. Accordingly, we must decline to administer this claim and any other claims between TitleMax of Virginia, Inc. d/b/a TitleMax and its consumers at this time."

I need to understand how we failed to comply.

Also, I want to make sure we are all clear on your communication and instruction below. AAA is not wiling to notify me of administrative closures? It is AAA's position that Claimant's attorney is responsible for notifying me of administrative closures?

We really need to find a way for these three organizations – TitleMax entities, AAA and Greensboro Law Center – to work together. These administrative closures followed by a motion for contempt and sanctions is a huge waste of time, energy and resources for all involved. And not to mention, a waste of the Court's time and resources.

4

I beg you, AAA, to propose a solution since the requests in my 12/6 letter seem to have been rejected.

**Adrienne Rowberry**
**Corporate & Litigation Counsel**
**<image001.png>**
15 Bull St Ste 200
Savannah, GA 31401
Direct Line (912) 721-0812
adrienne.rowberry@titlemax.com

**PRIVILEGED AND CONFIDENTIAL:** This e-mail and any attachments hereto are intended only for use by the addressee(s) named herein and may contain privileged and/or confidential information. If you have received this e-mail in error, please notify me immediately by a return e-mail and delete this e-mail. You are hereby notified that any dissemination, distribution or copying of this e-mail and/or any attachments thereto, is strictly prohibited.

---

**From:** Consumer Case Filing Team <ConsumerFiling@adr.org>
**Sent:** Thursday, January 5, 2023 12:04 PM
**To:** Adrienne Rowberry <Adrienne.Rowberry@titlemax.com>
**Cc:** Consumer Case Filing Team <ConsumerFiling@adr.org>; drew@greensborolawcenter.com; Kellie <kellie@greensborolawcenter.com>; Marian Martin <Marian.Martin@titlemax.com>; Deidre Paez <Deidre.Paez@titlemax.com>; William Ruby <William.Ruby@titlemax.com>
**Subject:** RE: Brittney Cooke v. TitleMax of Virginia, Inc. d/b/a TitleMax - Case 01-22-0004-5528

**CAUTION:** This Email is from an EXTERNAL source. Ensure you trust this sender before clicking on any links or attachments.

Good Afternoon,

Thank you for your correspondence. Please be advised that the above referenced case is closed, closing letter attached.

Per the AAA Consumer Rules, it is the responsibility of the Claimant to serve the Respondent. **At this time we kindly ask the claimant to provide the respondent with the requested documents per the below request.**

Thank You,
Consumer Filing Team

<image002.png>

**Consumer Case Filing Team**

1101 Laurel Oak Road
Suite 100, Voorhees, NJ 08043                        <image003.png>
E: ConsumerFiling@adr.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Adrienne Rowberry <Adrienne.Rowberry@titlemax.com>
**Sent:** Thursday, January 5, 2023 11:56 AM
**To:** Consumer Case Filing Team <ConsumerFiling@adr.org>

5

**Cc:** drew@greensborolawcenter.com; Kellie <kellie@greensborolawcenter.com>; Marian Martin <Marian.Martin@titlemax.com>; Deidre Paez <Deidre.Paez@titlemax.com>; William Ruby <William.Ruby@titlemax.com>
**Subject:** Brittney Cooke

### *** External E-Mail – Use Caution ***

Hello AAA Consumer Case Filing Team,

Could you please send me all notices and filings you have relating to the Brittney Cooke matter? Could you also please send me any emails or other correspondence regarding the Brittney Cooke matter that AAA sent to our former outside counsel Troutman Pepper?

Apparently this matter has been administratively closed resulting in Mr. Brown filing the attached Motion to Show Cause. We have not received any information or documentation whatsoever from our former outside counsel Troutman Pepper regarding this matter. We had no idea this matter had been initiated with AAA.

Lastly, I am sending, again, the attached letter that was previously emailed to AAA on 12/6 stating "in the event you run into any issues whatsoever, including  those that could result in an administrative closure of a new arbitration matter, please contact myself, Deidre Paez and Marian Martin directly so that we may attempt to resolve any issue prior to an administrative closure." If AAA is not willing or able to honor this request, please let me know. I was under the impression that this letter was acknowledged and agreed to.

Thank you,
**Adrienne Rowberry**
**Corporate & Litigation Counsel**
<image001.png>
15 Bull St Ste 200
Savannah, GA 31401
Direct Line (912) 721-0812
adrienne.rowberry@titlemax.com

**PRIVILEGED AND CONFIDENTIAL:** This e-mail and any attachments hereto are intended only for use by the addressee(s) named herein and may contain privileged and/or confidential information.  If you have received this e-mail in error, please notify me immediately by a return e-mail and delete this e-mail.  You are hereby notified that any dissemination, distribution or copying of this e-mail and/or any attachments thereto, is strictly prohibited.

---

**From:** ECF@ncmd.uscourts.gov <ECF@ncmd.uscourts.gov>
**Sent:** Thursday, January 5, 2023 8:37 AM
**To:** ecf@ncmd.uscourts.gov
**Subject:** Activity in Case 1:20-cv-00347-LCB-JLW RICHARDS et al v. TITLEMAX OF VIRGINIA, INC. et al Motions Submitted

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access**

**fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

### North Carolina Middle District

## Notice of Electronic Filing

The following transaction was entered on 1/5/2023 at 9:37 AM EST and filed on 1/5/2023

| | |
|---|---|
| **Case Name:** | RICHARDS et al v. TITLEMAX OF VIRGINIA, INC. et al |
| **Case Number:** | 1:20-cv-00347-LCB-JLW |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Motion Submitted: [33] MOTION for Order to Show Cause to JUDGE LORETTA C. BIGGS. (Blay, Debbie)**

**1:20-cv-00347-LCB-JLW Notice has been electronically mailed to:**

ANDREW H. R. BROWN     dbrown@bbflaw.com, jfaucher@bbflaw.com

ANTHONY DURONE     adurone@berkowitzoliver.com, emiller@berkowitzoliver.com, kcox@berkowitzoliver.com

JASON D. EVANS     jason.evans@troutman.com, caroline.monson@troutman.com, debbie.currie@troutman.com

JUSTIN RODRIGUEZ     jrodriguez@abrfirm.com, aboyle@abrfirm.com, cgreenlee@abrfirm.com

OWEN EUGENE BARCALA     obarcala@abrfirm.com, jshula@abrfirm.com

STACEY GILMAN     sgilman@berkowitzoliver.com

THOMAS R. WOODROW     tom.woodrow@hklaw.com, angela.reese@hklaw.com, hapi@hklaw.com

WILLIAM FARLEY     will.farley@troutman.com, meredith.haggerty@troutman.com

**1:20-cv-00347-LCB-JLW Notice will not be electronically mailed to:**

---

*BERKOWITZ OLIVER LLP DISCLAIMER: This email, and any attachments thereto, is intended only for use by addressees named herein and may contain legally privileged or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you have received this email in error, please immediately notify me by telephone and permanently delete the original and any copy of this email and any printout thereof.*

Query    Reports    Utilities    Help    Log Out

18BD,CASREF,MEDIATION,STAYED

# U.S. District Court
## North Carolina Middle District (NCMD)
## CIVIL DOCKET FOR CASE #: 1:20-cv-00347-LCB-JLW

RICHARDS et al v. TITLEMAX OF VIRGINIA, INC. et al
Assigned to: JUDGE LORETTA C. BIGGS
Referred to: MAG/JUDGE JOE L. WEBSTER
Related Cases:    1:19-cv-00489-LCB-JLW
                  1:19-cv-00490-LCB-JLW
Case in other court:  North Carolina Superior Court Guilford
                      County, 20CVS4498
Cause: 28:1332 Diversity

Date Filed: 04/20/2020
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**ADRIENNE RICHARDS**                    represented by  **ANDREW H. R. BROWN**
                                                         BENSON, BROWN & FAUCHER, PLLC
                                                         822 N. ELM ST., STE. 200
                                                         GREENSBORO, NC 27401
                                                         336-478-6000
                                                         Email: dbrown@bbflaw.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**AIMEE ANDERSON**                       represented by  **ANDREW H. R. BROWN**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ALBERTHA AUSTIN**                      represented by  **ANDREW H. R. BROWN**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ALDRIDGE REED**                        represented by  **ANDREW H. R. BROWN**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ALEX CUNNINGHAM**                      represented by  **ANDREW H. R. BROWN**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ALICIA MALONE**                         represented by   **ANDREW H. R. BROWN**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**AMANDA HALL**                           represented by   **ANDREW H. R. BROWN**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ANGELA CLINTON**                        represented by   **ANDREW H. R. BROWN**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ANNIE BAILEY**                          represented by   **ANDREW H. R. BROWN**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ANNIE LEE GILCHRIST**                   represented by   **ANDREW H. R. BROWN**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ANTHONY JORDAN**                        represented by   **ANDREW H. R. BROWN**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ANTHONY KIRKPATRICK**                   represented by   **ANDREW H. R. BROWN**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ANTHONY PRICE, JR.**                    represented by   **ANDREW H. R. BROWN**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ANTOINETTE FLOWERS**                    represented by   **ANDREW H. R. BROWN**
                                                           (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ANTONIO GREEN**                            represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ARTHUR HILL, JR.**                         represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ASHLEY IFILL**                             represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ASHLEY MCCLUNEY**                          represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ASHLEY SHELTON**                           represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**BARRY MULLINS**                            represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**BELINDA SMITH**                            represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**BOBBY BELL**                               represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**BRANDON PASS**                      represented by   **ANDREW H. R. BROWN**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**BRIANNA HESTER**                    represented by   **ANDREW H. R. BROWN**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**BRITTANY SMITH**                    represented by   **ANDREW H. R. BROWN**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**BRITTNEY COOKE**                    represented by   **ANDREW H. R. BROWN**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**CALVIN GRAHAM**                     represented by   **ANDREW H. R. BROWN**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**CANDACE INGLE**                     represented by   **ANDREW H. R. BROWN**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**CARLA WRIGHT**                      represented by   **ANDREW H. R. BROWN**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**CECILIA DOWNEY**                    represented by   **ANDREW H. R. BROWN**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**CHRISTINE ARCHIE**                  represented by   **ANDREW H. R. BROWN**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**COLEMAN FRAZIER**                    represented by    **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**COLLIS SCOTT**                       represented by    **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**CORLETHA HOLLEY**                    represented by    **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**DANIEL STANDBACK**                   represented by    **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**DARLIENE NICHOLSON**                 represented by    **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**DARRELL LEGRAND**                    represented by    **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**DARREN MCDOUGLE**                    represented by    **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**DARRYL COULTER**                     represented by    **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**DAVID REID**                         represented by    **ANDREW H. R. BROWN**
                                                        (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**DAVID SEALEY**                          represented by **ANDREW H. R. BROWN**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**
**DAWN REDDICK-UMOJA**                     represented by **ANDREW H. R. BROWN**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**
**DEBORA JACKSON**                         represented by **ANDREW H. R. BROWN**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**
**DELILA CHAPMAN**                         represented by **ANDREW H. R. BROWN**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**
**DERRICK HATCHER**                        represented by **ANDREW H. R. BROWN**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**
**DIANNA ELLIS**                           represented by **ANDREW H. R. BROWN**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**
**DOMINIC FUMBANKS**                       represented by **ANDREW H. R. BROWN**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**
**EBONY GOODE**                            represented by **ANDREW H. R. BROWN**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**EDDIE TANNER**                    represented by  **ANDREW H. R. BROWN**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**EDSEL NORWOOD**                   represented by  **ANDREW H. R. BROWN**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**EMMA RICHARDSON**                 represented by  **ANDREW H. R. BROWN**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ERIC SANDERS**                    represented by  **ANDREW H. R. BROWN**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ERIC WADE**                       represented by  **ANDREW H. R. BROWN**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ERNEST GREEN, JR.**               represented by  **ANDREW H. R. BROWN**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ERNEST GUERRIER**                 represented by  **ANDREW H. R. BROWN**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**EUGENA ROBINSON**                 represented by  **ANDREW H. R. BROWN**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**EVELIS MASON**                    represented by  **ANDREW H. R. BROWN**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**EVELYN LAWRENCE**                          represented by  **ANDREW H. R. BROWN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**FRANKLIN PHILLIPS**                        represented by  **ANDREW H. R. BROWN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**GRACE WOODARD**                            represented by  **ANDREW H. R. BROWN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**GREGORY JOSEPH**                           represented by  **ANDREW H. R. BROWN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**HARRIETT THOMPSON**                        represented by  **ANDREW H. R. BROWN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**HENRY TUCKER**                             represented by  **ANDREW H. R. BROWN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**HERCULES STEPHEN**                         represented by  **ANDREW H. R. BROWN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JACKIE BITTLE**                            represented by  **ANDREW H. R. BROWN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JAMES GRAY**                               represented by  **ANDREW H. R. BROWN**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JAMES ROBERSON**                          represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANICE GREEN**                            represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JASMINE PERKINS**                         represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JAYTONIUS MATTHEWSON**                    represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JENNIFER HILL**                           represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JEROME SCOTT**                            represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JERRY SCOTT**                             represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JIHAD HASAN**                             represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOCELYN SPIKES**                            represented by   **ANDREW H. R. BROWN**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JONATHAN JOHNSON**                          represented by   **ANDREW H. R. BROWN**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JONATHAN WINDHAM**                          represented by   **ANDREW H. R. BROWN**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOSHUA NOEL**                               represented by   **ANDREW H. R. BROWN**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOY REYES DIAZ**                            represented by   **ANDREW H. R. BROWN**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**KEITH ROYSTER**                             represented by   **ANDREW H. R. BROWN**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**KELVIN SMITH**                              represented by   **ANDREW H. R. BROWN**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**KENYADA HARDY**                             represented by   **ANDREW H. R. BROWN**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**KEOLIKA LITTLE**                            represented by   **ANDREW H. R. BROWN**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**KEVIN WHITE**                          represented by **ANDREW H. R. BROWN**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**KHALIAH GLANTON**                      represented by **ANDREW H. R. BROWN**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**KRISTY CUTHBERTSON**                   represented by **ANDREW H. R. BROWN**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**LARRY HARRIS**                         represented by **ANDREW H. R. BROWN**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**LARRY LIVINGSTON**                     represented by **ANDREW H. R. BROWN**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**LATOYA LEACH**                         represented by **ANDREW H. R. BROWN**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**LEQUITA MARSHALL MCKINNON**            represented by **ANDREW H. R. BROWN**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**LEVONNE DURHAM**                       represented by **ANDREW H. R. BROWN**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**LLOYD ROME**                           represented by **ANDREW H. R. BROWN**
                                                       (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**LOUIS TERRELL**                         represented by     **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**
**LOUVENIA GRAVES**                       represented by     **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**
**LYNEE KIMBLE**                          represented by     **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**
**MARCINA NORMAN**                        represented by     **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**
**MARELYS MORA**                          represented by     **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**
**MARIA BROWN**                           represented by     **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**
**MARJORIE FERGUSON**                     represented by     **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**
**MICHAEL CAMERON**                       represented by     **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**MERESA REDMOND**                    represented by   **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**MELVITA SCOTT**                     represented by   **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**MARLISHA THORPE**                   represented by   **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**MONTINA HAIRSTON**                  represented by   **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**NANCY PERSON**                      represented by   **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**MICHAEL WHITE**                     represented by   **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**MICHAEL WOODARD**                   represented by   **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**NICOLE MULL**                       represented by   **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**NAUTICA PEAY**                      represented by   **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**NIQUISHA STROUD**                          represented by   **ANDREW H. R. BROWN**
*TERMINATED: 10/27/2020*                                      (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**OSCAR WILLOUGHBY, JR.**                    represented by   **ANDREW H. R. BROWN**
*TERMINATED: 05/19/2022*                                      (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**PAUL BENTON**                              represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**PAMELA FARRINGTON**                        represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**PORCHA PRATT**                             represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**PATRICE SUMMERS**                          represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**PERCIVAL THOMAS**                          represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**ROBERT KELLY**                             represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*


**Plaintiff**

**RHONDA MILLER**                            represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**PORSILYNE PERSON**                    represented by    **ANDREW H. R. BROWN**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**
**QUENTEDA SHARPE**                     represented by    **ANDREW H. R. BROWN**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**
**ROBIN STONE EDWARDS**                 represented by    **ANDREW H. R. BROWN**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**
**ROBERT KNUCKLES**                     represented by    **ANDREW H. R. BROWN**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**
**ROBERTA WATLINGTON**                  represented by    **ANDREW H. R. BROWN**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**
**RODNEY BAILEY**                       represented by    **ANDREW H. R. BROWN**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**
**ROSALIND DANIELS**                    represented by    **ANDREW H. R. BROWN**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**
**SAMANTHA MULLINS**                    represented by    **ANDREW H. R. BROWN**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**RONALD WILLIAMS**                          represented by **ANDREW H. R. BROWN**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**SHALELIA ANDREA BRASWELL**                 represented by **ANDREW H. R. BROWN**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**SANDRA BROWN**                             represented by **ANDREW H. R. BROWN**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**SHAKEYIA EDDINGTON**                       represented by **ANDREW H. R. BROWN**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**SHAKIA HAYDEN**                            represented by **ANDREW H. R. BROWN**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**SHANON BLUE**                              represented by **ANDREW H. R. BROWN**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**SHARIA BROWN**                             represented by **ANDREW H. R. BROWN**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**SHAMIKA LEDBETTER**                        represented by **ANDREW H. R. BROWN**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**SHIRRELL BALDWIN**                         represented by **ANDREW H. R. BROWN**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**SHEMEIKA GOODEN**                    represented by   **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**SHEILA MUNGO**                       represented by   **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**SHONDA PULLIAM**                     represented by   **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**STACI FLORENCE**                     represented by   **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**TIFFANY GERRES**                     represented by   **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**TASHIKA JOHNSON GRAHAM**             represented by   **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**TIANA HART**                         represented by   **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**TIMESHIA HARVEY**                    represented by   **ANDREW H. R. BROWN**
*TERMINATED: 10/27/2020*                                (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**SIERRA HUNT**                        represented by   **ANDREW H. R. BROWN**
                                                        (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TALAYA ROGERS JONES**                represented by    **ANDREW H. R. BROWN**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**SONEJA MORGAN**                      represented by    **ANDREW H. R. BROWN**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**TONI POSTON**                        represented by    **ANDREW H. R. BROWN**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**TOMMY WHITENER**                     represented by    **ANDREW H. R. BROWN**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**T'KEYAH WILLIAMS**                   represented by    **ANDREW H. R. BROWN**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**TITLEMAX OF VIRGINIA, INC.**         represented by    **THOMAS R. WOODROW**
                                                         HOLLAND & KNIGHT
                                                         101 S. TRYON ST.
                                                         SUITE 3600
                                                         CHARLOTTE, NC 28280
                                                         980-215-7828
                                                         Fax: 312-578-6666
                                                         Email: tom.woodrow@hklaw.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **ANTHONY DURONE**
                                                         BERKOWITZ OLIVER
                                                         2600 GRAND BLVD.
                                                         STE 1200
                                                         KANSAS CITY, MO 64108
                                                         816-561-7007

Fax: 816-561-1888
Email: adurone@berkowitzoliver.com
*ATTORNEY TO BE NOTICED*

**JACOB R. FRANCHEK**
TROUTMAN SANDERS LLP
301 S. COLLEGE ST., STE. 3400
CHARLOTTE, NC 28202
704-916-1505
Fax: 704-998-4051
Email: jacob.franchek@troutman.com
*TERMINATED: 10/04/2022*
*ATTORNEY TO BE NOTICED*

**JASON D. EVANS**
Troutman Pepper Hamilton Sanders LLP
301 S. College Street
Suite 3400
CHARLOTTE, NC 28202
704-998-1502
Fax: 704-998-4051
Email: jason.evans@troutman.com
*TERMINATED: 10/04/2022*
*ATTORNEY TO BE NOTICED*

**JUSTIN RODRIGUEZ**
ATKINSON, BAKER & RODRIGUEZ, P.C.
201 THIRD ST. NW
STE 1850
ALBUQUERQUE, NM 87102
505-764-8111
Email: jrodriguez@abrfirm.com
*ATTORNEY TO BE NOTICED*

**LAUREN TALLENT**
BERKOWITZ OLIVER
2600 GRAND BLVD.
STE 1200
KANSAS CITY, MO 64108
816-561-7007
Email: ltallent@berkowitzoliver.com
*ATTORNEY TO BE NOTICED*

**OWEN EUGENE BARCALA**
ATKINSON, BAKER & RODRIGUEZ, P.C.
201 THIRD ST. NW
STE 1850
ALBUQUERQUE, NM 87102
505-764-8111
Fax: 505-764-8374
Email: obarcala@abrfirm.com
*ATTORNEY TO BE NOTICED*

**STACEY GILMAN**
BERKOWITZ OLIVER
2600 GRAND BLVD.
STE 1200
KANSAS CITY, MO 64108
816-561-7007
Fax: 816-561-1888
Email: sgilman@berkowitzoliver.com
*ATTORNEY TO BE NOTICED*

**WILLIAM J. FARLEY , III**
TROUTMAN SANDERS
301 S. COLLEGE STREET
SUITE 3400
CHARLOTTE, NC 28202
704-998-4099
Fax: 704-998-4051
Email: will.farley@troutman.com
*ATTORNEY TO BE NOTICED*

**Samuel B. Hartzell**
WOMBLE BOND DICKINSON (US) LLP
555 FAYETTEVILLE STREET, SUITE
1100
RALEIGH, NC 27601
919-755-2112
Fax: 919-755-6772
Email: Sam.Hartzell@wbd-us.com
*TERMINATED: 05/21/2020*
*ATTORNEY TO BE NOTICED*

**Defendant**

**TITLEMAX OF SOUTH CAROLINA,**        represented by **THOMAS R. WOODROW**
**INC.**                                                    (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **ANTHONY DURONE**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **JACOB R. FRANCHEK**
                                                           (See above for address)
                                                           *TERMINATED: 10/04/2022*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **JASON D. EVANS**
                                                           (See above for address)
                                                           *TERMINATED: 10/04/2022*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **JUSTIN RODRIGUEZ**
                                                           (See above for address)

*ATTORNEY TO BE NOTICED*

**LAUREN TALLENT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**OWEN EUGENE BARCALA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STACEY GILMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM J. FARLEY , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel B. Hartzell**
(See above for address)
*TERMINATED: 05/21/2020*
*ATTORNEY TO BE NOTICED*

**Defendant**

**TMX FINANCE OF VIRGINIA, INC.**            represented by   **THOMAS R. WOODROW**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ANTHONY DURONE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JACOB R. FRANCHEK**
(See above for address)
*TERMINATED: 10/04/2022*
*ATTORNEY TO BE NOTICED*

**JASON D. EVANS**
(See above for address)
*TERMINATED: 10/04/2022*
*ATTORNEY TO BE NOTICED*

**JUSTIN RODRIGUEZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LAUREN TALLENT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**OWEN EUGENE BARCALA**
(See above for address)
*ATTORNEY TO BE NOTICED*

Case 1:20-cv-00347-LCB-JLW   Document 45-1   Filed 01/12/23   Page 40 of 69

**STACEY GILMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WILLIAM J. FARLEY , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel B. Hartzell**
(See above for address)
*TERMINATED: 05/21/2020*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**TITLEMAX OF SOUTH CAROLINA,
INC.**                                    represented by   **WILLIAM FARLEY**
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **ANTHONY DURONE**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **JACOB R. FRANCHEK**
                                                          (See above for address)
                                                          *TERMINATED: 10/04/2022*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **JASON D. EVANS**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **LAUREN TALLENT**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **STACEY GILMAN**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Samuel B. Hartzell**
                                                          (See above for address)
                                                          *TERMINATED: 05/21/2020*
                                                          *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**TITLEMAX OF VIRGINIA, INC.**            represented by   **WILLIAM FARLEY**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **ANTHONY DURONE**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**JACOB R. FRANCHEK**
(See above for address)
*TERMINATED: 10/04/2022*
*ATTORNEY TO BE NOTICED*

**JASON D. EVANS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LAUREN TALLENT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STACEY GILMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel B. Hartzell**
(See above for address)
*TERMINATED: 05/21/2020*
*ATTORNEY TO BE NOTICED*

**<u>Counter Claimant</u>**

**TMX FINANCE OF VIRGINIA, INC.**          represented by          **WILLIAM FARLEY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ANTHONY DURONE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JACOB R. FRANCHEK**
(See above for address)
*TERMINATED: 10/04/2022*
*ATTORNEY TO BE NOTICED*

**JASON D. EVANS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**LAUREN TALLENT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STACEY GILMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel B. Hartzell**
(See above for address)
*TERMINATED: 05/21/2020*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**AIMEE ANDERSON**                          represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**CHRISTINE ARCHIE**                        represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**ALBERTHA AUSTIN**                         represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**ANNIE BAILEY**                            represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**RODNEY BAILEY**                           represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**SHIRRELL BALDWIN**                        represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**BOBBY BELL**                              represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**PAUL BENTON**                             represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**JACKIE BITTLE**                    represented by   **ANDREW H. R. BROWN**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**SHANON BLUE**                      represented by   **ANDREW H. R. BROWN**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**SHALELIA ANDREA BRASWELL**         represented by   **ANDREW H. R. BROWN**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**MARIA BROWN**                      represented by   **ANDREW H. R. BROWN**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**SANDRA BROWN**                     represented by   **ANDREW H. R. BROWN**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**SHARIA BROWN**                     represented by   **ANDREW H. R. BROWN**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**MICHAEL CAMERON**                  represented by   **ANDREW H. R. BROWN**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**DELILA CHAPMAN**                   represented by   **ANDREW H. R. BROWN**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**ANGELA CLINTON**                   represented by   **ANDREW H. R. BROWN**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**BRITTNEY COOKE**                      represented by   **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**DARRYL COULTER**                      represented by   **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**ALEX CUNNINGHAM**                     represented by   **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**KRISTY CUTHBERTSON**                  represented by   **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**ROSALIND DANIELS**                    represented by   **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**CECILIA DOWNEY**                      represented by   **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**LEVONNE DURHAM**                      represented by   **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**SHAKEYIA EDDINGTON**                  represented by   **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**ROBIN STONE EDWARDS**                 represented by   **ANDREW H. R. BROWN**
                                                        (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**DIANNA ELLIS**                              represented by   **ANDREW H. R. BROWN**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**PAMELA FARRINGTON**                         represented by   **ANDREW H. R. BROWN**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**MARJORIE FERGUSON**                         represented by   **ANDREW H. R. BROWN**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**STACI FLORENCE**                            represented by   **ANDREW H. R. BROWN**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**ANTOINETTE FLOWERS**                        represented by   **ANDREW H. R. BROWN**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**COLEMAN FRAZIER**                           represented by   **ANDREW H. R. BROWN**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**DOMINIC FUMBANKS**                          represented by   **ANDREW H. R. BROWN**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**TIFFANY GERRES**                            represented by   **ANDREW H. R. BROWN**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Counter Defendant**

Case 1:20-cv-00347-LCB-JLW   Document 45-1   Filed 01/12/23   Page 46 of 69

**ANNIE LEE GILCHRIST**                represented by **ANDREW H. R. BROWN**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**KHALIAH GLANTON**                    represented by **ANDREW H. R. BROWN**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**EBONY GOODE**                        represented by **ANDREW H. R. BROWN**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**SHEMEIKA GOODEN**                    represented by **ANDREW H. R. BROWN**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**CALVIN GRAHAM**                      represented by **ANDREW H. R. BROWN**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**TASHIKA JOHNSON GRAHAM**             represented by **ANDREW H. R. BROWN**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**LOUVENIA GRAVES**                    represented by **ANDREW H. R. BROWN**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**JAMES GRAY**                         represented by **ANDREW H. R. BROWN**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**ANTONIO GREEN**                      represented by **ANDREW H. R. BROWN**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**ERNEST GREEN, JR.**                      represented by **ANDREW H. R. BROWN**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**JANICE GREEN**                           represented by **ANDREW H. R. BROWN**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**ERNEST GUERRIER**                        represented by **ANDREW H. R. BROWN**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**MONTINA HAIRSTON**                       represented by **ANDREW H. R. BROWN**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**AMANDA HALL**                            represented by **ANDREW H. R. BROWN**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**KENYADA HARDY**                          represented by **ANDREW H. R. BROWN**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**LARRY HARRIS**                           represented by **ANDREW H. R. BROWN**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**TIANA HART**                             represented by **ANDREW H. R. BROWN**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**TIMESHIA HARVEY**                        represented by **ANDREW H. R. BROWN**
*TERMINATED: 10/27/2020*                                  (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**JIHAD HASAN**                              represented by  **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**DERRICK HATCHER**                          represented by  **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**SHAKIA HAYDEN**                            represented by  **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**BRIANNA HESTER**                           represented by  **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**ARTHUR HILL, JR.**                         represented by  **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**JENNIFER HILL**                            represented by  **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**CORLETHA HOLLEY**                          represented by  **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**SIERRA HUNT**                              represented by  **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**ASHLEY IFILL**                        represented by   **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**CANDACE INGLE**                       represented by   **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**DEBORA JACKSON**                      represented by   **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**JONATHAN JOHNSON**                    represented by   **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**TALAYA ROGERS JONES**                 represented by   **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**ANTHONY JORDAN**                      represented by   **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**GREGORY JOSEPH**                      represented by   **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**ROBERT KELLY**                        represented by   **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**LYNEE KIMBLE**                        represented by   **ANDREW H. R. BROWN**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**ANTHONY KIRKPATRICK**                represented by    **ANDREW H. R. BROWN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**ROBERT KNUCKLES**                represented by    **ANDREW H. R. BROWN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**EVELYN LAWRENCE**                represented by    **ANDREW H. R. BROWN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**LATOYA LEACH**                represented by    **ANDREW H. R. BROWN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**SHAMIKA LEDBETTER**                represented by    **ANDREW H. R. BROWN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**DARRELL LEGRAND**                represented by    **ANDREW H. R. BROWN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**KEOLIKA LITTLE**                represented by    **ANDREW H. R. BROWN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**LARRY LIVINGSTON**                represented by    **ANDREW H. R. BROWN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**ALICIA MALONE**                represented by    **ANDREW H. R. BROWN**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**EVELIS MASON**                          represented by **ANDREW H. R. BROWN**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**JAYTONIUS MATTHEWSON**                  represented by **ANDREW H. R. BROWN**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**ASHLEY MCCLUNEY**                       represented by **ANDREW H. R. BROWN**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**DARREN MCDOUGLE**                       represented by **ANDREW H. R. BROWN**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**LEQUITA MARSHALL MCKINNON**             represented by **ANDREW H. R. BROWN**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**RHONDA MILLER**                         represented by **ANDREW H. R. BROWN**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**MARELYS MORA**                          represented by **ANDREW H. R. BROWN**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**SONEJA MORGAN**                         represented by **ANDREW H. R. BROWN**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**NICOLE MULL**                          represented by   **ANDREW H. R. BROWN**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**BARRY MULLINS**                        represented by   **ANDREW H. R. BROWN**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**SAMANTHA MULLINS**                     represented by   **ANDREW H. R. BROWN**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**SHEILA MUNGO**                         represented by   **ANDREW H. R. BROWN**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**DARLIENE NICHOLSON**                   represented by   **ANDREW H. R. BROWN**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**JOSHUA NOEL**                          represented by   **ANDREW H. R. BROWN**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**MARCINA NORMAN**                       represented by   **ANDREW H. R. BROWN**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**EDSEL NORWOOD**                        represented by   **ANDREW H. R. BROWN**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**BRANDON PASS**                         represented by   **ANDREW H. R. BROWN**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

Case 1:20-cv-00347-LCB-JLW   Document 45-1   Filed 01/12/23   Page 53 of 69

**Counter Defendant**

NAUTICA PEAY represented by **ANDREW H. R. BROWN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

JASMINE PERKINS represented by **ANDREW H. R. BROWN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

NANCY PERSON represented by **ANDREW H. R. BROWN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

PORSILYNE PERSON represented by **ANDREW H. R. BROWN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

FRANKLIN PHILLIPS represented by **ANDREW H. R. BROWN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

TONI POSTON represented by **ANDREW H. R. BROWN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

PORCHA PRATT represented by **ANDREW H. R. BROWN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

ANTHONY PRICE, JR. represented by **ANDREW H. R. BROWN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

SHONDA PULLIAM represented by **ANDREW H. R. BROWN**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**DAWN REDDICK-UMOJA**                    represented by    **ANDREW H. R. BROWN**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**MERESA REDMOND**                        represented by    **ANDREW H. R. BROWN**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**ALDRIDGE REED**                         represented by    **ANDREW H. R. BROWN**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**DAVID REID**                            represented by    **ANDREW H. R. BROWN**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**JOY REYES DIAZ**                        represented by    **ANDREW H. R. BROWN**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**ADRIENNE RICHARDS**                     represented by    **ANDREW H. R. BROWN**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**EMMA RICHARDSON**                       represented by    **ANDREW H. R. BROWN**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**JAMES ROBERSON**                        represented by    **ANDREW H. R. BROWN**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**EUGENA ROBINSON**                    represented by **ANDREW H. R. BROWN**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**LLOYD ROME**                         represented by **ANDREW H. R. BROWN**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**KEITH ROYSTER**                      represented by **ANDREW H. R. BROWN**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**ERIC SANDERS**                       represented by **ANDREW H. R. BROWN**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**COLLIS SCOTT**                       represented by **ANDREW H. R. BROWN**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**JEROME SCOTT**                       represented by **ANDREW H. R. BROWN**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**JERRY SCOTT**                        represented by **ANDREW H. R. BROWN**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**MELVITA SCOTT**                      represented by **ANDREW H. R. BROWN**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**DAVID SEALEY**                       represented by **ANDREW H. R. BROWN**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**QUENTEDA SHARPE**                          represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**ASHLEY SHELTON**                           represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**BELINDA SMITH**                            represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**BRITTANY SMITH**                           represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**KELVIN SMITH**                             represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**JOCELYN SPIKES**                           represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**DANIEL STANDBACK**                         represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**HERCULES STEPHEN**                         represented by   **ANDREW H. R. BROWN**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**NIQUISHA STROUD**                          represented by   **ANDREW H. R. BROWN**
*TERMINATED: 10/27/2020*                                      (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**PATRICE SUMMERS**                  represented by **ANDREW H. R. BROWN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**EDDIE TANNER**                     represented by **ANDREW H. R. BROWN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**LOUIS TERRELL**                    represented by **ANDREW H. R. BROWN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**PERCIVAL THOMAS**                  represented by **ANDREW H. R. BROWN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**HARRIETT THOMPSON**                represented by **ANDREW H. R. BROWN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**MARLISHA THORPE**                  represented by **ANDREW H. R. BROWN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**HENRY TUCKER**                     represented by **ANDREW H. R. BROWN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**ERIC WADE**                        represented by **ANDREW H. R. BROWN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**ROBERTA WATLINGTON**              represented by  **ANDREW H. R. BROWN**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*


**Counter Defendant**

**KEVIN WHITE**                     represented by  **ANDREW H. R. BROWN**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*


**Counter Defendant**

**MICHAEL WHITE**                   represented by  **ANDREW H. R. BROWN**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*


**Counter Defendant**

**TOMMY WHITENER**                  represented by  **ANDREW H. R. BROWN**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*


**Counter Defendant**

**RONALD WILLIAMS**                 represented by  **ANDREW H. R. BROWN**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*


**Counter Defendant**

**T'KEYAH WILLIAMS**                represented by  **ANDREW H. R. BROWN**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*


**Counter Defendant**

**OSCAR WILLOUGHBY, JR.**           represented by  **ANDREW H. R. BROWN**
*TERMINATED: 05/19/2022*                            (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*


**Counter Defendant**

**JONATHAN WINDHAM**                represented by  **ANDREW H. R. BROWN**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*


**Counter Defendant**

**GRACE WOODARD**                   represented by  **ANDREW H. R. BROWN**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

Case 1:20-cv-00347-LCB-JLW   Document 45-1   Filed 01/12/23   Page 59 of 69

**Counter Defendant**

**MICHAEL WOODARD**                 represented by   **ANDREW H. R. BROWN**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*


**Counter Defendant**

**CARLA WRIGHT**                    represented by   **ANDREW H. R. BROWN**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*


| Date Filed | # | Docket Text |
|---|---|---|
| 04/20/2020 | 1 | PETITION FOR REMOVAL against All Plaintiffs ( Filing fee $ 400 receipt number 0418-2791072.)(Related Case # 1:19cv00489, 1:19cv00490), filed by TMX FINANCE OF VIRGINIA, INC., TITLEMAX OF SOUTH CAROLINA, INC., TITLEMAX OF VIRGINIA, INC.. (Attachments: # 1 Exhibit A - Complaint, # 2 Civil Cover Sheet) (HARTZELL, SAMUEL) (Additional attachment(s) added on 4/21/2020: # 3 Exhibit B - State Summons) (Hicks, Samantha). (Entered: 04/20/2020) |
| 04/21/2020 | 2 | COMPLAINT against All Defendants filed by ADRIENNE RICHARDS, et al. (Original document filed in Guilford County Superior Court, Case Number 20CVS4498 and is listed as Exhibit A to the 1 Petition for Removal) (Hicks, Samantha) (Entered: 04/21/2020) |
| 04/21/2020 | 3 | Summons Issued as to All Defendants. (Original document filed in Guilford County Superior Court on 4/9/2020 in Case Number 20CVS4498 and is listed as Exhibit B to the 1 Petition for Removal) (Hicks, Samantha) (Entered: 04/21/2020) |
| 04/21/2020 | 4 | Notice of Right to Consent. (Attachments: # 1 Consent Form) (Hicks, Samantha) (Entered: 04/21/2020) |
| 04/21/2020 |  | CASE REFERRED to Mediation pursuant to Local Rule 83.9b of the Rules of Practice and Procedure of this Court. Please go to our website under Attorney Information for a list of mediators which must be served on all parties. (Hicks, Samantha) (Entered: 04/21/2020) |
| 04/21/2020 |  | Case ASSIGNED to JUDGE LORETTA C. BIGGS and MAG/JUDGE JOE L. WEBSTER. (Hicks, Samantha) (Entered: 04/21/2020) |
| 05/11/2020 | 5 | ANSWER to 2 Complaint , Counterclaim against by TITLEMAX OF SOUTH CAROLINA, INC., TITLEMAX OF VIRGINIA, INC., TMX FINANCE OF VIRGINIA, INC.. (HARTZELL, SAMUEL) (Entered: 05/11/2020) |
| 05/12/2020 | 6 | ANSWER to Complaint *Reply to Counterclaim by all Plaintiffs* by ADRIENNE RICHARDS. (BROWN, ANDREW) (Entered: 05/12/2020) |
| 05/12/2020 | 7 | NOTICE of Appearance by attorney JASON D. EVANS on behalf of Counter Claimants TITLEMAX OF SOUTH CAROLINA, INC., TITLEMAX OF VIRGINIA, INC., TMX FINANCE OF VIRGINIA, INC., Defendants TITLEMAX OF SOUTH CAROLINA, INC., TITLEMAX OF VIRGINIA, INC., TMX FINANCE OF VIRGINIA, INC. (EVANS, JASON) (Entered: 05/12/2020) |
| 05/13/2020 | 8 | NOTICE of Initial Pretrial Conference Hearing: Initial Pretrial Conference Hearing set for 6/17/2020 09:30 AM in Durham Courtroom #1 before MAG/JUDGE JOE L. WEBSTER. (Garrett, Kim) (Entered: 05/13/2020) |
| 05/13/2020 | 9 | NOTICE of Appearance by attorney JACOB R. FRANCHEK on behalf of Counter |

| | | |
|---|---|---|
| | | Claimants TITLEMAX OF SOUTH CAROLINA, INC., TITLEMAX OF VIRGINIA, INC., TMX FINANCE OF VIRGINIA, INC., Defendants TITLEMAX OF SOUTH CAROLINA, INC., TITLEMAX OF VIRGINIA, INC., TMX FINANCE OF VIRGINIA, INC. (FRANCHEK, JACOB) (Entered: 05/13/2020) |
| 05/20/2020 | 10 | MOTION to Withdraw as Attorney SAMUEL B. HARTZELL by on behalf of TITLEMAX OF SOUTH CAROLINA, INC., TITLEMAX OF VIRGINIA, INC., TMX FINANCE OF VIRGINIA, INC.. Responses due by 6/10/2020 (Attachments: # 1 Text of Proposed Order)(HARTZELL, SAMUEL) (Entered: 05/20/2020) |
| 05/20/2020 | 11 | BRIEF re 10 MOTION to Withdraw as Attorney SAMUEL B. HARTZELL by Counter Claimants TITLEMAX OF SOUTH CAROLINA, INC., TITLEMAX OF VIRGINIA, INC., TMX FINANCE OF VIRGINIA, INC., Defendants TITLEMAX OF SOUTH CAROLINA, INC., TITLEMAX OF VIRGINIA, INC., TMX FINANCE OF VIRGINIA, INC. filed by TITLEMAX OF SOUTH CAROLINA, INC., TITLEMAX OF VIRGINIA, INC., TMX FINANCE OF VIRGINIA, INC.. (HARTZELL, SAMUEL) (Entered: 05/20/2020) |
| 05/20/2020 | | Motion Referred: RE: 10 MOTION to Withdraw as Attorney SAMUEL B. HARTZELL , to MAG/JUDGE JOE L. WEBSTER. (Blay, Debbie) (Entered: 05/20/2020) |
| 05/21/2020 | | **TEXT ORDER** granting 10 Motion to Withdraw as Attorney. For good cause shown, Attorneys Christopher W. Jones, Samuel B. Hartzell, and Scott D. Anderson and the law firm Womble Bond Dickinson (US) LLP are TERMINATED as counsel for Defendants/Counter-Claimants TitleMax of Virginia, Inc., TitleMax of South Carolina, Inc., and TMX Finance of Virginia, Inc. Issued by MAG/JUDGE JOE L. WEBSTER on 5/21/2020.(Lee, Pedra) (Entered: 05/21/2020) |
| 06/09/2020 | | **TEXT ORDER** issued by MAG/JUDGE JOE L. WEBSTER on 6/9/20. An initial pretrial conference hearing is scheduled in this matter on June 17, 2020. The Parties are ORDERED to submit their Joint Rule 26(f) Report, or Individual Rule 26(f) Reports no later than Friday, June 12, 2020 at Noon.(Garrett, Kim) (Entered: 06/09/2020) |
| 06/11/2020 | 12 | Joint MOTION to Continue *Initial Pretrial Conference* by ADRIENNE RICHARDS. (BROWN, ANDREW) (Entered: 06/11/2020) |
| 06/11/2020 | | Motion Referred: RE: 12 Joint MOTION to Continue *Initial Pretrial Conference*, to MAG/JUDGE JOE L. WEBSTER. (Blay, Debbie) (Entered: 06/11/2020) |
| 06/11/2020 | | **TEXT ORDER** granting 12 Motion to Continue Initial Pretrial Conference. For good cause shown, the Initial Pretrial Conference Hearing shall be continued to July 22, 2020 at 9:30am in Durham, Courtroom Second Floor. Issued by MAG/JUDGE JOE L. WEBSTER on 6/11/2020.(Lee, Pedra) (Entered: 06/11/2020) |
| 06/12/2020 | | Reset Hearings: Initial Pretrial Conference reset for **7/22/2020** 09:30 AM in Durham Courtroom #1 before MAG/JUDGE JOE L. WEBSTER. (Garrett, Kim) (Entered: 06/12/2020) |
| 07/15/2020 | | **TEXT ORDER** An initial pretrial conference hearing is scheduled in this matter on July 22, 2020. The Parties are ORDERED to submit their Joint Rule 26(f) Report, or Individual Rule 26(f) Reports no later than Friday, July 17, 2020 at Noon. Issued by MAG/JUDGE JOE L. WEBSTER on 7/15/20. (Garrett, Kim) (Entered: 07/15/2020) |
| 07/17/2020 | 13 | Rule 26(f) Report (Joint) filed by all parties by TITLEMAX OF SOUTH CAROLINA, INC., TITLEMAX OF VIRGINIA, INC., TMX FINANCE OF VIRGINIA, INC.. (EVANS, JASON) (Entered: 07/17/2020) |
| 07/17/2020 | 14 | BRIEF re 13 Rule 26(f) Report (Joint) filed by all parties *in support of Joint Motion to Stay* by Counter Claimants TITLEMAX OF SOUTH CAROLINA, INC., TITLEMAX OF |

| | | VIRGINIA, INC., TMX FINANCE OF VIRGINIA, INC., Defendants TITLEMAX OF SOUTH CAROLINA, INC., TITLEMAX OF VIRGINIA, INC., TMX FINANCE OF VIRGINIA, INC. filed by TITLEMAX OF SOUTH CAROLINA, INC., TITLEMAX OF VIRGINIA, INC., TMX FINANCE OF VIRGINIA, INC.. (EVANS, JASON) (Entered: 07/17/2020) |
|---|---|---|
| 07/17/2020 | | Motions Referred: RE: 13 Rule 26(f) Report (Joint) filed by all parties, to MAG/JUDGE JOE L. WEBSTER (Garrett, Kim) (Entered: 07/17/2020) |
| 07/20/2020 | | **TEXT ORDER** granting 13 Joint motion to Stay. Based upon the representations of the parties, this matter is substantially similar to two other matters pending before this Court, *Goines, et al. v. TitleMax of Virginia, et al.* (No. 1:19-cv-00489-LCB-JLW) (Goines) and *Nicholson et al. v. TitleMax of Virginia, et al.* (No. 1:19-cv-00490-LCB-JLW) (Nicholson). In light of prior Orders in *Goines* and *Nicholson*, a scheduling order will not be entered in this matter at this time. Defendants in the instant matter agree to produce a copy of any loan agreements that can be identified for Plaintiffs in this matter within sixty (60) days hereof to Plaintiffs' counsel and to identify the names of any Plaintiffs for which a loan agreement is not located. As to any Plaintiff having an identifiable loan subject to arbitration, this action is hereby stayed pending resolution of arbitration in accordance with the parties' arbitration agreements. The parties shall file a status report within seventy-five (75) days of this Order informing the Court as to any Plaintiff which a loan agreement has not been located. IT IS FURTHER ORDERED that counsel shall file a joint status report of arbitration every ninety (90) days and notify the Court of any arbitration awards within seven (7) days after arbitration has concluded. Failure to file such reports may result in dismissal. Issued by MAG/JUDGE JOE L. WEBSTER on 7/20/2020.(Lee, Pedra) (Entered: 07/20/2020) |
| 07/20/2020 | | Set/Reset Deadlines: Status Report due by 10/3/2020. (Taylor, Abby) (Entered: 07/20/2020) |
| 10/09/2020 | 15 | DECLARATION of Technical Difficulties by Attorney Jason D. Evans. (Garland, Leah) (Entered: 10/09/2020) |
| 10/09/2020 | 16 | JOINT STATUS REPORT. (Garland, Leah) (Entered: 10/09/2020) |
| 10/09/2020 | | **TEXT ORDER** re 16 Status Report. The parties shall have an additional thirty (30) days from the date of this Order within which to gather additional identifying information and attempt to locate loan agreements for the Unidentified Plaintiffs, if any. The parties shall file a status report no later than thirty (30) days from the date of this Order. Issued by MAG/JUDGE JOE L. WEBSTER on 10/9/2020. (Lee, Pedra) (Entered: 10/09/2020) |
| 10/27/2020 | 17 | STIPULATION OF DISMISSAL WITHOUT PREJUDICEAS TO CERTAIN PLAINTIFFS by Plaintiffs TIMESHIA HARVEY, NIQUISHA STROUD. (From Technical Failure Email Inbox) (Hicks, Samantha) (Entered: 10/27/2020) |
| 11/09/2020 | 18 | JOINT STATUS REPORT filed by all parties.. (EVANS, JASON) (Entered: 11/09/2020) |
| 11/10/2020 | | **TEXT ORDER** re 18 Joint Status Report. Based upon the representations made in the Joint Status Report, the parties shall have up to and including January 18, 2021, within which to gather additional identifying information and attempt to locate loan agreements for the two remaining Unidentified Plaintiffs, if any. Issued by MAG/JUDGE JOE L. WEBSTER on 11/10/2020. (Lee, Pedra) (Entered: 11/10/2020) |
| 05/10/2021 | 19 | JOINT STATUS REPORT filed by all parties. Est. Trial Days: 20. (BROWN, ANDREW) (Entered: 05/10/2021) |
| 08/09/2021 | | **TEXT ORDER**: 19 Joint Status Report. The parties shall provide this Court with an updated Joint Status Report of all arbitrations being conducted in this matter no later than |

| | | |
|---|---|---|
| | | August 16, 2021. Additionally, the status report shall also discuss the implications of the current status of the companion *Goines* & *Nicholson* matters. Issued by MAG/JUDGE JOE L. WEBSTER on 8/9/2021. (Lee, Pedra) (Entered: 08/09/2021) |
| 08/16/2021 | [20](#) | STATUS REPORT *(Joint)* by ADRIENNE RICHARDS. (BROWN, ANDREW) (Entered: 08/16/2021) |
| 09/08/2021 | | **TEXT ORDER** Re [20](#) Status Report. Based upon the representations made in the Joint Status Report and the recent rulings in the *Goines* companion case, the parties shall file an updated joint status report no later than September 22, 2021. Issued by MAG/JUDGE JOE L. WEBSTER on 9/8/2021. (Lee, Pedra) (Entered: 09/08/2021) |
| 09/22/2021 | [21](#) | JOINT STATUS REPORT filed by all parties.. (EVANS, JASON) (Entered: 09/22/2021) |
| 01/06/2022 | [22](#) | **\*\*FILED IN ERROR\*\*** JOINT STATUS REPORT *OF ARBITRATION* filed by all parties. (EVANS, JASON) Modified on 1/6/2022 to mark filed in error per filing attorney request. (Sheets, Jamie) (Entered: 01/06/2022) |
| 02/24/2022 | [23](#) | JOINT STATUS REPORT filed by all parties.. (EVANS, JASON) (Entered: 02/24/2022) |
| 02/25/2022 | | CASE REFERRED RE: ( 23 in 1:20-cv-00347-LCB-JLW Joint Status Report, ( 165 in 1:19-cv-00489-LCB-JLW) Joint Status Report, to JUDGE LORETTA C. BIGGS. Associated Cases: 1:20-cv-00347-LCB-JLW, 1:19-cv-00489-LCB-JLW(Blay, Debbie) (Entered: 02/25/2022) |
| 04/21/2022 | | **TEXT ORDER RE [21](#) Joint Status Report:** In the Joint Status Report, Plaintiffs express a desire to have this matter proceed to arbitration consistent with orders of the Court in the *Goines* and *Nicholson* matters. Defendants request that no further action be taken in this case until the current *Goines* and *Nicholson* matters pending before JAMS are resolved. To the extent that Plaintiffs seek to compel arbitration in this matter, Plaintiffs shall have up to and including May 12, 2022 to file a motion to compel arbitration. The parties shall continue to file updated joint status reports with the Court as previously ordered. Issued by MAG/JUDGE JOE L. WEBSTER on 04/21/2022. (Pender, Rachel) (Entered: 04/21/2022) |
| 04/21/2022 | [24](#) | NOTICE of Attorney Appearance by attorney WILLIAM J. FARLEY, III on behalf of Defendants TITLEMAX OF VIRGINIA, INC., TITLEMAX OF SOUTH CAROLINA, INC., TMX FINANCE OF VIRGINIA, INC. (FARLEY, WILLIAM) (Entered: 04/21/2022) |
| 05/10/2022 | [25](#) | MOTION to Compel *Arbitration (unopposed)* by AIMEE ANDERSON, CHRISTINE ARCHIE, ALBERTHA AUSTIN, ANNIE BAILEY, RODNEY BAILEY, SHIRRELL BALDWIN, BOBBY BELL, PAUL BENTON, JACKIE BITTLE, SHANON BLUE, SHALELIA BRASWELL, MARIA BROWN, SANDRA BROWN, SHARIA BROWN, MICHAEL CAMERON, DELILA CHAPMAN, ANGELA CLINTON, BRITTNEY COOKE, DARRYL COULTER, ALEX CUNNINGHAM, KRISTY CUTHBERTSON, ROSALIND DANIELS, CECILIA DOWNEY, LEVONNE DURHAM, SHAKEYIA EDDINGTON, ROBIN EDWARDS, DIANNA ELLIS, PAMELA FARRINGTON, MARJORIE FERGUSON, STACI FLORENCE, ANTOINETTE FLOWERS, COLEMAN FRAZIER, DOMINIC FUMBANKS, TIFFANY GERRES, ANNIE GILCHRIST, KHALIAH GLANTON, EBONY GOODE, SHEMEIKA GOODEN, CALVIN GRAHAM, TASHIKA GRAHAM, LOUVENIA GRAVES, JAMES GRAY, ANTONIO GREEN, ERNEST GREEN, JANICE GREEN, ERNEST GUERRIER, MONTINA HAIRSTON, AMANDA HALL, KENYADA HARDY, LARRY HARRIS, TIANA HART, TIMESHIA HARVEY, JIHAD HASAN, DERRICK HATCHER, SHAKIA HAYDEN, BRIANNA HESTER, ARTHUR HILL, JENNIFER HILL, CORLETHA HOLLEY, SIERRA HUNT, ASHLEY IFILL, CANDACE INGLE, DEBORA JACKSON, JONATHAN JOHNSON, TALAYA JONES, ANTHONY JORDAN, GREGORY |

JOSEPH, ROBERT KELLY, LYNEE KIMBLE, ANTHONY KIRKPATRICK, ROBERT KNUCKLES, EVELYN LAWRENCE, LATOYA LEACH, SHAMIKA LEDBETTER, DARRELL LEGRAND, KEOLIKA LITTLE, LARRY LIVINGSTON, ALICIA MALONE, EVELIS MASON, JAYTONIUS MATTHEWSON, ASHLEY MCCLUNEY, DARREN MCDOUGLE, LEQUITA MCKINNON, RHONDA MILLER, MARELYS MORA, SONEJA MORGAN, NICOLE MULL, BARRY MULLINS, SAMANTHA MULLINS, SHEILA MUNGO, DARLIENE NICHOLSON, JOSHUA NOEL, MARCINA NORMAN, EDSEL NORWOOD, BRANDON PASS, NAUTICA PEAY, JASMINE PERKINS, NANCY PERSON, PORSILYNE PERSON, FRANKLIN PHILLIPS, TONI POSTON, PORCHA PRATT, ANTHONY PRICE, JR., SHONDA PULLIAM, DAWN REDDICK-UMOJA, MERESA REDMOND, ALDRIDGE REED, DAVID REID, JOY REYES DIAZ, ADRIENNE RICHARDS, EMMA RICHARDSON, JAMES ROBERSON, EUGENA ROBINSON, LLOYD ROME, KEITH ROYSTER, ERIC SANDERS, COLLIS SCOTT, JEROME SCOTT, JERRY SCOTT, MELVITA SCOTT, DAVID SEALEY, QUENTEDA SHARPE, ASHLEY SHELTON, BELINDA SMITH, BRITTANY SMITH, KELVIN SMITH, JOCELYN SPIKES, DANIEL STANDBACK, HERCULES STEPHEN, NIQUISHA STROUD, PATRICE SUMMERS, EDDIE TANNER, LOUIS TERRELL, PERCIVAL THOMAS, HARRIETT THOMPSON, MARLISHA THORPE, TITLEMAX OF SOUTH CAROLINA, INC., TITLEMAX OF VIRGINIA, INC., TMX FINANCE OF VIRGINIA, INC., HENRY TUCKER, ERIC WADE, ROBERTA WATLINGTON, KEVIN WHITE, MICHAEL WHITE, TOMMY WHITENER, RONALD WILLIAMS, T'KEYAH WILLIAMS, OSCAR WILLOUGHBY, JONATHAN WINDHAM, GRACE WOODARD, MICHAEL WOODARD, CARLA WRIGHT. Response to Motion due by 5/31/2022 (Attachments: # 1 Text of Proposed Order A)(BROWN, ANDREW) (Entered: 05/10/2022)

| 05/10/2022 | 26 | MEMORANDUM filed by Plaintiffs AIMEE ANDERSON, CHRISTINE ARCHIE, ALBERTHA AUSTIN, ANNIE BAILEY, RODNEY BAILEY, SHIRRELL BALDWIN, BOBBY BELL, PAUL BENTON, JACKIE BITTLE, SHANON BLUE, SHALELIA BRASWELL, MARIA BROWN, SANDRA BROWN, SHARIA BROWN, MICHAEL CAMERON, DELILA CHAPMAN, ANGELA CLINTON, BRITTNEY COOKE, DARRYL COULTER, ALEX CUNNINGHAM, KRISTY CUTHBERTSON, ROSALIND DANIELS, CECILIA DOWNEY, LEVONNE DURHAM, SHAKEYIA EDDINGTON, ROBIN EDWARDS, DIANNA ELLIS, PAMELA FARRINGTON, MARJORIE FERGUSON, STACI FLORENCE, ANTOINETTE FLOWERS, COLEMAN FRAZIER, DOMINIC FUMBANKS, TIFFANY GERRES, ANNIE GILCHRIST, KHALIAH GLANTON, EBONY GOODE, SHEMEIKA GOODEN, CALVIN GRAHAM, TASHIKA GRAHAM, LOUVENIA GRAVES, JAMES GRAY, ANTONIO GREEN, ERNEST GREEN, JANICE GREEN, ERNEST GUERRIER, MONTINA HAIRSTON, AMANDA HALL, KENYADA HARDY, LARRY HARRIS, TIANA HART, TIMESHIA HARVEY, JIHAD HASAN, DERRICK HATCHER, SHAKIA HAYDEN, BRIANNA HESTER, ARTHUR HILL, JENNIFER HILL, CORLETHA HOLLEY, SIERRA HUNT, ASHLEY IFILL, CANDACE INGLE, DEBORA JACKSON, JONATHAN JOHNSON, TALAYA JONES, ANTHONY JORDAN, GREGORY JOSEPH, ROBERT KELLY, LYNEE KIMBLE, ANTHONY KIRKPATRICK, ROBERT KNUCKLES, EVELYN LAWRENCE, LATOYA LEACH, SHAMIKA LEDBETTER, DARRELL LEGRAND, KEOLIKA LITTLE, LARRY LIVINGSTON, ALICIA MALONE, EVELIS MASON, JAYTONIUS MATTHEWSON, ASHLEY MCCLUNEY, DARREN MCDOUGLE, LEQUITA MCKINNON, RHONDA MILLER, MARELYS MORA, SONEJA MORGAN, NICOLE MULL, BARRY MULLINS, SAMANTHA MULLINS, SHEILA MUNGO, DARLIENE NICHOLSON, JOSHUA NOEL, MARCINA NORMAN, EDSEL NORWOOD, BRANDON PASS, NAUTICA PEAY, JASMINE PERKINS, NANCY PERSON, PORSILYNE PERSON, FRANKLIN PHILLIPS, TONI POSTON, PORCHA PRATT, ANTHONY PRICE, JR., SHONDA PULLIAM, DAWN REDDICK-UMOJA, MERESA |

REDMOND, ALDRIDGE REED, DAVID REID, JOY REYES DIAZ, ADRIENNE RICHARDS, EMMA RICHARDSON, JAMES ROBERSON, EUGENA ROBINSON, LLOYD ROME, KEITH ROYSTER, ERIC SANDERS, COLLIS SCOTT, JEROME SCOTT, JERRY SCOTT, MELVITA SCOTT, DAVID SEALEY, QUENTEDA SHARPE, ASHLEY SHELTON, BELINDA SMITH, BRITTANY SMITH, KELVIN SMITH, JOCELYN SPIKES, DANIEL STANDBACK, HERCULES STEPHEN, NIQUISHA STROUD, PATRICE SUMMERS, EDDIE TANNER, LOUIS TERRELL, PERCIVAL THOMAS, HARRIETT THOMPSON, MARLISHA THORPE, HENRY TUCKER, ERIC WADE, ROBERTA WATLINGTON, KEVIN WHITE, MICHAEL WHITE, TOMMY WHITENER, RONALD WILLIAMS, T'KEYAH WILLIAMS, OSCAR WILLOUGHBY, JONATHAN WINDHAM, GRACE WOODARD, MICHAEL WOODARD, CARLA WRIGHT, Counter Defendants AIMEE ANDERSON, CHRISTINE ARCHIE, ALBERTHA AUSTIN, ANNIE BAILEY, RODNEY BAILEY, SHIRRELL BALDWIN, BOBBY BELL, PAUL BENTON, JACKIE BITTLE, SHANON BLUE, SHALELIA BRASWELL, MARIA BROWN, SANDRA BROWN, SHARIA BROWN, MICHAEL CAMERON, DELILA CHAPMAN, ANGELA CLINTON, BRITTNEY COOKE, DARRYL COULTER, ALEX CUNNINGHAM, KRISTY CUTHBERTSON, ROSALIND DANIELS, CECILIA DOWNEY, LEVONNE DURHAM, SHAKEYIA EDDINGTON, ROBIN EDWARDS, DIANNA ELLIS, PAMELA FARRINGTON, MARJORIE FERGUSON, STACI FLORENCE, ANTOINETTE FLOWERS, COLEMAN FRAZIER, DOMINIC FUMBANKS, TIFFANY GERRES, ANNIE GILCHRIST, KHALIAH GLANTON, EBONY GOODE, SHEMEIKA GOODEN, CALVIN GRAHAM, TASHIKA GRAHAM, LOUVENIA GRAVES, JAMES GRAY, ANTONIO GREEN, ERNEST GREEN, JANICE GREEN, ERNEST GUERRIER, MONTINA HAIRSTON, AMANDA HALL, KENYADA HARDY, LARRY HARRIS, TIANA HART, TIMESHIA HARVEY, JIHAD HASAN, DERRICK HATCHER, SHAKIA HAYDEN, BRIANNA HESTER, ARTHUR HILL, JENNIFER HILL, CORLETHA HOLLEY, SIERRA HUNT, ASHLEY IFILL, CANDACE INGLE, DEBORA JACKSON, JONATHAN JOHNSON, TALAYA JONES, ANTHONY JORDAN, GREGORY JOSEPH, ROBERT KELLY, LYNEE KIMBLE, ANTHONY KIRKPATRICK, ROBERT KNUCKLES, EVELYN LAWRENCE, LATOYA LEACH, SHAMIKA LEDBETTER, DARRELL LEGRAND, KEOLIKA LITTLE, LARRY LIVINGSTON, ALICIA MALONE, EVELIS MASON, JAYTONIUS MATTHEWSON, ASHLEY MCCLUNEY, DARREN MCDOUGLE, LEQUITA MCKINNON, RHONDA MILLER, MARELYS MORA, SONEJA MORGAN, NICOLE MULL, BARRY MULLINS, SAMANTHA MULLINS, SHEILA MUNGO, DARLIENE NICHOLSON, JOSHUA NOEL, MARCINA NORMAN, EDSEL NORWOOD, BRANDON PASS, NAUTICA PEAY, JASMINE PERKINS, NANCY PERSON, PORSILYNE PERSON, FRANKLIN PHILLIPS, TONI POSTON, PORCHA PRATT, ANTHONY PRICE, JR., SHONDA PULLIAM, DAWN REDDICK-UMOJA, MERESA REDMOND, ALDRIDGE REED, DAVID REID, JOY REYES DIAZ, ADRIENNE RICHARDS, EMMA RICHARDSON, JAMES ROBERSON, EUGENA ROBINSON, LLOYD ROME, KEITH ROYSTER, ERIC SANDERS, COLLIS SCOTT, JEROME SCOTT, JERRY SCOTT, MELVITA SCOTT, DAVID SEALEY, QUENTEDA SHARPE, ASHLEY SHELTON, BELINDA SMITH, BRITTANY SMITH, KELVIN SMITH, JOCELYN SPIKES, DANIEL STANDBACK, HERCULES STEPHEN, NIQUISHA STROUD, PATRICE SUMMERS, EDDIE TANNER, LOUIS TERRELL, PERCIVAL THOMAS, HARRIETT THOMPSON, MARLISHA THORPE, HENRY TUCKER, ERIC WADE, ROBERTA WATLINGTON, KEVIN WHITE, MICHAEL WHITE, TOMMY WHITENER, RONALD WILLIAMS, T'KEYAH WILLIAMS, OSCAR WILLOUGHBY, JONATHAN WINDHAM, GRACE WOODARD, MICHAEL WOODARD, CARLA WRIGHT re 25 MOTION to Compel *Arbitration (unopposed)* filed by AIMEE ANDERSON, CHRISTINE ARCHIE, ALBERTHA AUSTIN, ANNIE BAILEY, RODNEY BAILEY, SHIRRELL BALDWIN, BOBBY BELL, PAUL BENTON, JACKIE BITTLE, SHANON BLUE, SHALELIA BRASWELL, MARIA BROWN, SANDRA

|  |  | BROWN, SHARIA BROWN, MICHAEL CAMERON, DELILA CHAPMAN, ANGELA CLINTON, BRITTNEY COOKE, DARRYL COULTER, ALEX CUNNINGHAM, KRISTY CUTHBERTSON, ROSALIND DANIELS, CECILIA DOWNEY, LEVONNE DURHAM, SHAKEYIA EDDINGTON, ROBIN EDWARDS, DIANNA ELLIS, PAMELA FARRINGTON, MARJORIE FERGUSON, STACI FLORENCE, ANTOINETTE FLOWERS, COLEMAN FRAZIER, DOMINIC FUMBANKS, TIFFANY GERRES, ANNIE GILCHRIST, KHALIAH GLANTON, EBONY GOODE, SHEMEIKA GOODEN, CALVIN GRAHAM, TASHIKA GRAHAM, LOUVENIA GRAVES, JAMES GRAY, ANTONIO GREEN, ERNEST GREEN, JANICE GREEN, ERNEST GUERRIER, MONTINA HAIRSTON, AMANDA HALL, KENYADA HARDY, LARRY HARRIS, TIANA HART, TIMESHIA HARVEY, JIHAD HASAN, DERRICK HATCHER, SHAKIA HAYDEN, BRIANNA HESTER, ARTHUR HILL, JENNIFER HILL, CORLETHA HOLLEY, SIERRA HUNT, ASHLEY IFILL, CANDACE INGLE, DEBORA JACKSON, JONATHAN JOHNSON, TALAYA JONES, ANTHONY JORDAN, GREGORY JOSEPH, ROBERT KELLY, LYNEE KIMBLE, ANTHONY KIRKPATRICK, ROBERT KNUCKLES, EVELYN LAWRENCE, LATOYA LEACH, SHAMIKA LEDBETTER, DARRELL LEGRAND, KEOLIKA LITTLE, LARRY LIVINGSTON, ALICIA MALONE, EVELIS MASON, JAYTONIUS MATTHEWSON, ASHLEY MCCLUNEY, DARREN MCDOUGLE, LEQUITA MCKINNON, RHONDA MILLER, MARELYS MORA, SONEJA MORGAN, NICOLE MULL, BARRY MULLINS, SAMANTHA MULLINS, SHEILA MUNGO, DARLIENE NICHOLSON, JOSHUA NOEL, MARCINA NORMAN, EDSEL NORWOOD, BRANDON PASS, NAUTICA PEAY, JASMINE PERKINS, NANCY PERSON, PORSILYNE PERSON, FRANKLIN PHILLIPS, TONI POSTON, PORCHA PRATT, ANTHONY PRICE, JR., SHONDA PULLIAM, DAWN REDDICK-UMOJA, MERESA REDMOND, ALDRIDGE REED, DAVID REID, JOY REYES DIAZ, ADRIENNE RICHARDS, EMMA RICHARDSON, JAMES ROBERSON, EUGENA ROBINSON, LLOYD ROME, KEITH ROYSTER, ERIC SANDERS, COLLIS SCOTT, JEROME SCOTT, JERRY SCOTT, MELVITA SCOTT, DAVID SEALEY, QUENTEDA SHARPE, ASHLEY SHELTON, BELINDA SMITH, BRITTANY SMITH, KELVIN SMITH, JOCELYN SPIKES, DANIEL STANDBACK, HERCULES STEPHEN, NIQUISHA STROUD, PATRICE SUMMERS, EDDIE TANNER, LOUIS TERRELL, PERCIVAL THOMAS, HARRIETT THOMPSON, MARLISHA THORPE, HENRY TUCKER, ERIC WADE, ROBERTA WATLINGTON, KEVIN WHITE, MICHAEL WHITE, TOMMY WHITENER, RONALD WILLIAMS, T'KEYAH WILLIAMS, OSCAR WILLOUGHBY, JONATHAN WINDHAM, GRACE WOODARD, MICHAEL WOODARD, CARLA WRIGHT. (BROWN, ANDREW) (Entered: 05/10/2022) |
|---|---|---|
| 05/10/2022 |  | Motion Submitted: 25 MOTION to Compel *Arbitration (unopposed)* to JUDGE LORETTA C. BIGGS. (Blay, Debbie) (Entered: 05/10/2022) |
| 05/11/2022 | 27 | **ORDER** signed by JUDGE LORETTA C. BIGGS on 05/10/2022, that Plaintiffs' Motion to Compel Arbitration 25 is GRANTED. This action is hereby STAYED, pending the resolution of the arbitrations in accordance with the parties' arbitration agreements. FURTHER that counsel shall file a joint status report of arbitration every ninety (90) days and notify the Court of any arbitration awards in a timely manner. (Taylor, Abby) (Entered: 05/11/2022) |
| 05/18/2022 | 28 | ***FILED IN ERROR*** NOTICE of Voluntary Dismissal as to party(s) OSCAR WILLOUGHBY, JR and OSCAR WILLOUGHBY, JR, filed by Plaintiff OSCAR WILLOUGHBY, Counter Defendant OSCAR WILLOUGHBY (BROWN, ANDREW) Modified on 5/19/2022 to mark as filed in error. Wrong case number - attorney to re-file. (Hicks, Samantha) (Entered: 05/18/2022) |
| 05/19/2022 | 29 | NOTICE of Voluntary Dismissal as to party(s) OSCAR WILLOUGHBY, JR and OSCAR |

| | | WILLOUGHBY, JR, filed by Plaintiff OSCAR WILLOUGHBY, Counter Defendant OSCAR WILLOUGHBY (BROWN, ANDREW) (Entered: 05/19/2022) |
|---|---|---|
| 07/03/2022 | 30 | STATUS REPORT by ADRIENNE RICHARDS. (BROWN, ANDREW) (Entered: 07/03/2022) |
| 07/05/2022 | | CASE REFERRED RE: ( 168 in 1:19-cv-00489-LCB-JLW) Status Report, ( 30 in 1:20-cv-00347-LCB-JLW) Status Report, ( 92 in 1:19-cv-00490-LCB-JLW) Status Report, to JUDGE LORETTA C. BIGGS. Associated Cases: 1:19-cv-00489-LCB-JLW, 1:19-cv-00490-LCB-JLW, 1:20-cv-00347-LCB-JLW.(Blay, Debbie) (Entered: 07/05/2022) |
| 10/04/2022 | 31 | NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL on behalf of Defendants TITLEMAX OF SOUTH CAROLINA, INC., TITLEMAX OF VIRGINIA, INC., TMX FINANCE OF VIRGINIA, INC., Counter Claimants TITLEMAX OF SOUTH CAROLINA, INC., TITLEMAX OF VIRGINIA, INC., TMX FINANCE OF VIRGINIA, INC.. WILLIAM FARLEY is substituted as counsel for Defendants, Counter Claimants. Attorney JASON D. EVANS and JACOB R. FRANCHEK terminated. (FARLEY, WILLIAM) (Entered: 10/04/2022) |
| 11/30/2022 | 32 | STATUS REPORT *(Joint)* by ADRIENNE RICHARDS. (BROWN, ANDREW) (Entered: 11/30/2022) |
| 12/01/2022 | | CASE REFERRED RE: ( 114 in 1:19-cv-00490-LCB-JLW) Status Report, ( 239 in 1:19-cv-00489-LCB-JLW) Status Report, ( 32 in 1:20-cv-00347-LCB-JLW) Status Report, to JUDGE LORETTA C. BIGGS Associated Cases: 1:19-cv-00489-LCB-JLW, 1:19-cv-00490-LCB-JLW, 1:20-cv-00347-LCB-JLW(Blay, Debbie) (Entered: 12/01/2022) |
| 12/09/2022 | 33 | MOTION for Order to Show Cause by BRITTNEY COOKE. Response to Motion due by 12/30/2022 (BROWN, ANDREW) (Entered: 12/09/2022) |
| 12/09/2022 | 34 | MEMORANDUM filed by Plaintiff BRITTNEY COOKE re 33 MOTION for Order to Show Cause filed by BRITTNEY COOKE. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (BROWN, ANDREW) (Entered: 12/09/2022) |
| 12/15/2022 | 35 | NOTICE of Attorney Appearance by attorney THOMAS R. WOODROW on behalf of Defendants TITLEMAX OF SOUTH CAROLINA, INC., TITLEMAX OF VIRGINIA, INC., TMX FINANCE OF VIRGINIA, INC. (WOODROW, THOMAS) (Entered: 12/15/2022) |
| 12/15/2022 | 36 | NOTICE of Special Appearance by attorney ANTHONY DURONE on behalf of Defendants TITLEMAX OF SOUTH CAROLINA, INC., TITLEMAX OF VIRGINIA, INC., TMX FINANCE OF VIRGINIA, INC., Counter Claimants TITLEMAX OF SOUTH CAROLINA, INC., TITLEMAX OF VIRGINIA, INC., TMX FINANCE OF VIRGINIA, INC. ( Filing fee $ 25 receipt number ANCMDC-3450659.) (DURONE, ANTHONY) (Entered: 12/15/2022) |
| 12/16/2022 | 37 | NOTICE of Special Appearance by attorney STACEY GILMAN on behalf of Defendants TITLEMAX OF SOUTH CAROLINA, INC., TITLEMAX OF VIRGINIA, INC., TMX FINANCE OF VIRGINIA, INC., Counter Claimants TITLEMAX OF SOUTH CAROLINA, INC., TITLEMAX OF VIRGINIA, INC., TMX FINANCE OF VIRGINIA, INC. ( Filing fee $ 25 receipt number ANCMDC-3451145.) (GILMAN, STACEY) (Entered: 12/16/2022) |
| 12/19/2022 | 38 | NOTICE of Special Appearance by attorney JUSTIN RODRIGUEZ on behalf of Defendants TITLEMAX OF VIRGINIA, INC., TITLEMAX OF SOUTH CAROLINA, INC., TMX FINANCE OF VIRGINIA, INC. ( Filing fee $ 25 receipt number ANCMDC-3452145.) (RODRIGUEZ, JUSTIN) (Entered: 12/19/2022) |
| 12/19/2022 | 39 | NOTICE of Special Appearance by attorney OWEN EUGENE BARCALA on behalf of |

| | | Defendants TITLEMAX OF VIRGINIA, INC., TITLEMAX OF SOUTH CAROLINA, INC., TMX FINANCE OF VIRGINIA, INC. ( Filing fee $ 25 receipt number ANCMDC-3452173.) (BARCALA, OWEN) (Entered: 12/19/2022) |
|---|---|---|
| 12/22/2022 | 40 | MOTION to Withdraw as Attorney WILLIAM J. FARLEY, III by on behalf of TITLEMAX OF SOUTH CAROLINA, INC., TITLEMAX OF VIRGINIA, INC., TMX FINANCE OF VIRGINIA, INC.. (Attachments: # 1 Text of Proposed Order)(FARLEY, WILLIAM) (Entered: 12/22/2022) |
| 12/22/2022 | 41 | BRIEF re 40 MOTION to Withdraw as Attorney WILLIAM J. FARLEY, III by Defendants TITLEMAX OF SOUTH CAROLINA, INC., TITLEMAX OF VIRGINIA, INC., TMX FINANCE OF VIRGINIA, INC. filed by TITLEMAX OF SOUTH CAROLINA, INC., TITLEMAX OF VIRGINIA, INC., TMX FINANCE OF VIRGINIA, INC.. (FARLEY, WILLIAM) (Entered: 12/22/2022) |
| 12/28/2022 | | Motion Referred: RE: 40 MOTION to Withdraw as Attorney WILLIAM J. FARLEY, III , to MAG/JUDGE JOE L. WEBSTER. (Marsh, Keah) (Entered: 12/28/2022) |
| 01/05/2023 | | Motion Submitted: 33 MOTION for Order to Show Cause to JUDGE LORETTA C. BIGGS. (Blay, Debbie) (Entered: 01/05/2023) |
| 01/05/2023 | 42 | MOTION for Leave to File *Response in Opposition to Show Cause* by TITLEMAX OF SOUTH CAROLINA, INC., TITLEMAX OF VIRGINIA, INC., TMX FINANCE OF VIRGINIA, INC.. Response to Motion due by 1/26/2023 (WOODROW, THOMAS) (Entered: 01/05/2023) |
| 01/09/2023 | 43 | RESPONSE in Opposition re 42 MOTION for Leave to File *Response in Opposition to Show Cause* filed by TMX FINANCE OF VIRGINIA, INC., TITLEMAX OF VIRGINIA, INC., TITLEMAX OF SOUTH CAROLINA, INC. filed by BRITTNEY COOKE. Replies due by 1/23/2023 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(BROWN, ANDREW) (Entered: 01/09/2023) |
| 01/10/2023 | | Motion Submitted: 42 MOTION for Leave to File *Response in Opposition to Show Cause* to JUDGE LORETTA C. BIGGS. (Blay, Debbie) (Entered: 01/10/2023) |
| 01/10/2023 | 44 | NOTICE of Special Appearance by attorney LAUREN TALLENT on behalf of Defendants TITLEMAX OF SOUTH CAROLINA, INC., TITLEMAX OF VIRGINIA, INC., TMX FINANCE OF VIRGINIA, INC., Counter Claimants TITLEMAX OF SOUTH CAROLINA, INC., TITLEMAX OF VIRGINIA, INC., TMX FINANCE OF VIRGINIA, INC. ( Filing fee $ 25 receipt number ANCMDC-3465592.) (TALLENT, LAUREN) (Entered: 01/10/2023) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/10/2023 15:37:12 | | | |
| **PACER Login:** | adrienner | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:20-cv-00347-LCB-JLW |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ADRIENNE RICHARDS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:20CV347 |
| | ) | |
| TITLEMAX OF VIRGINIA, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on the Plaintiffs' Unopposed Motion for an Order Compelling Arbitration. (ECF No. 25).

Based on the representations to the Court and for good cause shown,

IT IS ORDERED that Plaintiffs' Motion to Compel Arbitration is GRANTED. This action is hereby STAYED, pending the resolution of the arbitrations in accordance with the parties' arbitration agreements.

IT IS FURTHER ORDERED that counsel shall file a joint status report of arbitration every ninety (90) days and notify the Court of any arbitration awards in a timely manner.

This, the 10th day of May 2020.

/s/ Loretta C. Biggs
United States District Judge