# EXHIBIT B

**From:** Durone, Anthony J.
**Sent:** Thursday, January 5, 2023 1:48 PM
**To:** Drew Brown <drew@greensborolawcenter.com>
**Subject:** RE: Brittney Cooke v. TitleMax of Virginia, Inc. d/b/a TitleMax - Case 01-22-0004-5528

Yes, Drew, thank you for confirming. If you become aware of an administrative closure of an action, or a threatened administrative closure, feel free to contact Adrienne directly. Tony

**From:** Drew Brown <drew@greensborolawcenter.com>
**Sent:** Thursday, January 5, 2023 1:43 PM
**To:** Durone, Anthony J. <ADurone@BerkowitzOliver.com>
**Subject:** FW: Brittney Cooke v. TitleMax of Virginia, Inc. d/b/a TitleMax - Case 01-22-0004-5528

Do you agree with her that I am free to contact her?

**Drew Brown**
Brown, Faucher, Peraldo & Benson, PLLC
822 N. Elm St., Suite 200
Greensboro, NC 27401
336.478.6000
drew@greensborolawcenter.com
greensborolawcenter.com



**From:** Adrienne Rowberry <Adrienne.Rowberry@titlemax.com>
**Sent:** Thursday, January 5, 2023 2:42 PM
**To:** Drew Brown <drew@greensborolawcenter.com>; Consumer Case Filing Team <ConsumerFiling@adr.org>
**Cc:** Kellie <kellie@greensborolawcenter.com>; Marian Martin <Marian.Martin@titlemax.com>; Deidre Paez <Deidre.Paez@titlemax.com>; William Ruby <William.Ruby@titlemax.com>
**Subject:** RE: Brittney Cooke v. TitleMax of Virginia, Inc. d/b/a TitleMax - Case 01-22-0004-5528

Mr. Brown,

You are welcome to contact me directly regarding administrative closures. I told outside counsel that quite some time ago and don't know why that wasn't communicated to you. Although, that wouldn't have solved this particular issue. Troutman Pepper simply did not inform us that this matter had been initiated or administratively closed.

Adrienne Rowberry
Corporate & Litigation Counsel



15 Bull St Ste 200
Savannah, GA 31401
Direct Line (912) 721-0812
adrienne.rowberry@titlemax.com

**PRIVILEGED AND CONFIDENTIAL:** This e-mail and any attachments hereto are intended only for use by the addressee(s) named herein and may contain privileged and/or confidential information. If you have received this e-mail in error, please notify me immediately by a return e-mail and delete this e-mail. You are hereby notified that any dissemination, distribution or copying of this e-mail and/or any attachments thereto, is strictly prohibited.

---

**From:** Drew Brown <drew@greensborolawcenter.com>
**Sent:** Thursday, January 5, 2023 12:38 PM
**To:** Adrienne Rowberry <Adrienne.Rowberry@titlemax.com>; Consumer Case Filing Team <ConsumerFiling@adr.org>
**Cc:** Kellie <kellie@greensborolawcenter.com>; Marian Martin <Marian.Martin@titlemax.com>; Deidre Paez <Deidre.Paez@titlemax.com>; William Ruby <William.Ruby@titlemax.com>
**Subject:** RE: Brittney Cooke v. TitleMax of Virginia, Inc. d/b/a TitleMax - Case 01-22-0004-5528

**CAUTION:** This Email is from an EXTERNAL source. Ensure you trust this sender before clicking on any links or attachments.

I am not permitted to contact Ms. Rowberry directly. I would love to do that and that would help. Her outside counsel refuses to allow me to do so.

**Drew Brown**
Brown, Faucher, Peraldo & Benson, PLLC
822 N. Elm St., Suite 200
Greensboro, NC 27401
336.478.6000
drew@greensborolawcenter.com
greensborolawcenter.com



---

**From:** Adrienne Rowberry <Adrienne.Rowberry@titlemax.com>
**Sent:** Thursday, January 5, 2023 2:31 PM
**To:** Consumer Case Filing Team <ConsumerFiling@adr.org>
**Cc:** Drew Brown <drew@greensborolawcenter.com>; Kellie <kellie@greensborolawcenter.com>; Marian Martin <Marian.Martin@titlemax.com>; Deidre Paez <Deidre.Paez@titlemax.com>; William Ruby <William.Ruby@titlemax.com>
**Subject:** RE: Brittney Cooke v. TitleMax of Virginia, Inc. d/b/a TitleMax - Case 01-22-0004-5528

Received, thank you.

Can you provide me with more information re this statement – "Prior to the filing of this arbitration, TitleMax of Virginia, Inc. d/b/a TitleMax failed to comply with the AAA's policies regarding consumer claims, set forth in the Consumer Due

Process Protocol ("Protocol") and the Consumer Arbitration Rules ("Consumer Rules"), including the Costs of Arbitration, which can be found on our web site, www.adr.org. Accordingly, we must decline to administer this claim and any other claims between TitleMax of Virginia, Inc. d/b/a TitleMax and its consumers at this time."

I need to understand how we failed to comply.

Also, I want to make sure we are all clear on your communication and instruction below. AAA is not wiling to notify me of administrative closures? It is AAA's position that Claimant's attorney is responsible for notifying me of administrative closures?

We really need to find a way for these three organizations – TitleMax entities, AAA and Greensboro Law Center – to work together. These administrative closures followed by a motion for contempt and sanctions is a huge waste of time, energy and resources for all involved. And not to mention, a waste of the Court's time and resources.

I beg you, AAA, to propose a solution since the requests in my 12/6 letter seem to have been rejected.

**Adrienne Rowberry**
**Corporate & Litigation Counsel**



15 Bull St Ste 200
Savannah, GA 31401
Direct Line (912) 721-0812
adrienne.rowberry@titlemax.com

**PRIVILEGED AND CONFIDENTIAL:** This e-mail and any attachments hereto are intended only for use by the addressee(s) named herein and may contain privileged and/or confidential information. If you have received this e-mail in error, please notify me immediately by a return e-mail and delete this e-mail. You are hereby notified that any dissemination, distribution or copying of this e-mail and/or any attachments thereto, is strictly prohibited.

---

**From:** Consumer Case Filing Team <ConsumerFiling@adr.org>
**Sent:** Thursday, January 5, 2023 12:04 PM
**To:** Adrienne Rowberry <Adrienne.Rowberry@titlemax.com>
**Cc:** Consumer Case Filing Team <ConsumerFiling@adr.org>; drew@greensborolawcenter.com; Kellie <kellie@greensborolawcenter.com>; Marian Martin <Marian.Martin@titlemax.com>; Deidre Paez <Deidre.Paez@titlemax.com>; William Ruby <William.Ruby@titlemax.com>
**Subject:** RE: Brittney Cooke v. TitleMax of Virginia, Inc. d/b/a TitleMax - Case 01-22-0004-5528

> **CAUTION:** This Email is from an EXTERNAL source. Ensure you trust this sender before clicking on any links or attachments.

Good Afternoon,

Thank you for your correspondence. Please be advised that the above referenced case is closed, closing letter attached.

Per the AAA Consumer Rules, it is the responsibility of the Claimant to serve the Respondent. **At this time we kindly ask the claimant to provide the respondent with the requested documents per the below request.**

Thank You,
Consumer Filing Team



# Consumer Case Filing Team

1101 Laurel Oak Road
Suite 100, Voorhees, NJ 08043
E: ConsumerFiling@adr.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Adrienne Rowberry <Adrienne.Rowberry@titlemax.com>
**Sent:** Thursday, January 5, 2023 11:56 AM
**To:** Consumer Case Filing Team <ConsumerFiling@adr.org>
**Cc:** drew@greensborolawcenter.com; Kellie <kellie@greensborolawcenter.com>; Marian Martin <Marian.Martin@titlemax.com>; Deidre Paez <Deidre.Paez@titlemax.com>; William Ruby <William.Ruby@titlemax.com>
**Subject:** Brittney Cooke

**\*\*\* External E-Mail – Use Caution \*\*\***

Hello AAA Consumer Case Filing Team,

Could you please send me all notices and filings you have relating to the Brittney Cooke matter? Could you also please send me any emails or other correspondence regarding the Brittney Cooke matter that AAA sent to our former outside counsel Troutman Pepper?

Apparently this matter has been administratively closed resulting in Mr. Brown filing the attached Motion to Show Cause. We have not received any information or documentation whatsoever from our former outside counsel Troutman Pepper regarding this matter. We had no idea this matter had been initiated with AAA.

Lastly, I am sending, again, the attached letter that was previously emailed to AAA on 12/6 stating "in the event you run into any issues whatsoever, including those that could result in an administrative closure of a new arbitration matter, please contact myself, Deidre Paez and Marian Martin directly so that we may attempt to resolve any issue prior to an administrative closure." If AAA is not willing or able to honor this request, please let me know. I was under the impression that this letter was acknowledged and agreed to.

Thank you,
**Adrienne Rowberry**
**Corporate & Litigation Counsel**

 

15 Bull St Ste 200
Savannah, GA 31401
Direct Line (912) 721-0812
adrienne.rowberry@titlemax.com

**PRIVILEGED AND CONFIDENTIAL:** This e-mail and any attachments hereto are intended only for use by the addressee(s) named herein and may contain privileged and/or confidential information. If you have received this e-mail in error, please notify me immediately by a return e-mail and delete this e-mail. You are hereby notified that any dissemination, distribution or copying of this e-mail and/or any attachments thereto, is strictly prohibited.

From: ECF@ncmd.uscourts.gov <ECF@ncmd.uscourts.gov>
Sent: Thursday, January 5, 2023 8:37 AM
To: ecf@ncmd.uscourts.gov
Subject: Activity in Case 1:20-cv-00347-LCB-JLW RICHARDS et al v. TITLEMAX OF VIRGINIA, INC. et al Motions Submitted

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

North Carolina Middle District

## Notice of Electronic Filing

The following transaction was entered on 1/5/2023 at 9:37 AM EST and filed on 1/5/2023
**Case Name:** RICHARDS et al v. TITLEMAX OF VIRGINIA, INC. et al
**Case Number:** 1:20-cv-00347-LCB-JLW
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Motion Submitted: [33] MOTION for Order to Show Cause to JUDGE LORETTA C. BIGGS. (Blay, Debbie)**

**1:20-cv-00347-LCB-JLW Notice has been electronically mailed to:**

ANDREW H. R. BROWN    dbrown@bbflaw.com, jfaucher@bbflaw.com

ANTHONY DURONE    adurone@berkowitzoliver.com, emiller@berkowitzoliver.com, kcox@berkowitzoliver.com

JASON D. EVANS    jason.evans@troutman.com, caroline.monson@troutman.com, debbie.currie@troutman.com

JUSTIN RODRIGUEZ    jrodriguez@abrfirm.com, aboyle@abrfirm.com, cgreenlee@abrfirm.com

OWEN EUGENE BARCALA    obarcala@abrfirm.com, jshula@abrfirm.com

STACEY GILMAN    sgilman@berkowitzoliver.com

THOMAS R. WOODROW    tom.woodrow@hklaw.com, angela.reese@hklaw.com, hapi@hklaw.com

WILLIAM FARLEY    will.farley@troutman.com, meredith.haggerty@troutman.com

**1:20-cv-00347-LCB-JLW Notice will not be electronically mailed to:**

BERKOWITZ OLIVER LLP DISCLAIMER: *This email, and any attachments thereto, is intended only for use by addressees named herein and may contain legally privileged or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you have received this email in error, please immediately notify me by telephone and permanently delete the original and any copy of this email and any printout thereof.*